IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) JUDGE GWIN |
| v. | ) CASE NO. 1:18 CR 464 |
| CESAR VELOZ-ALONSO, | ) Title 8, Section 1326, United States Code |
| Defendant. | ) |

COUNT 1
(Illegal Reentry, in violation of 8 U.S.C. § 1326)

The Grand Jury charges:

1. Defendant CESAR VELOZ-ALONSO is an alien and citizen of Mexico, who was last removed from the United States to Mexico on or about December 11, 2009.

2. On or about June 14, 2018, Defendant was found in the United States in the Northern District of Ohio, Eastern Division, and not having previously obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, Sections 202 (3), (4) and (557), United States Code) to apply for readmission into the United States, in violation of Title 8, Section 1326, United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.