### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO: 1:18CR464 |
| Plaintiff, | : | |
| | : | JUDGE JAMES S. GWIN |
| vs. | : | |
| CESAR VELOZ-ALONSO, | : | **NOTICE OF INTENT TO** |
| | : | **PLEAD GUILTY AND** |
| Defendant. | : | **REQUEST FOR A DETENTION** |
| | : | **HEARING** |
| | : | |

The Defendant, Cesar Veloz-Alonso, hereby gives notice to the Court and the Government that he intends to plead Guilty on the date of his Pretrial conference currently scheduled for October 2, 2018, at 12:30 a.m.

Defendant also requests a Detention Hearing at that time pursuant to 18 USC 3142 et.al., as Mr. Veloz-Alonso's circumstances have changed and a bond is now appropriate *sub judice*. Although an "ICE Detainer" exists in this case, this Court has the authority to grant bond and the Executive Branch may not abrogate this authority by way of its own warrant or detainer.

Finally, in consideration of his Motion for Bond, this Court should consider the attached Exhibit.

                                                                 Respectfully submitted,

                                                                 STEPHEN C. NEWMAN
                                                                 Federal Public Defender
                                                                 Ohio Bar No.: 0051928

/s/ Carlos Warner
CARLOS WARNER
Assistant Federal Public Defender
Ohio Bar No.: 0068736
Akron Centre Plaza
50 S. Main St., Suite 700
Akron, OH 44308
Phone: (330) 375-5739 Fax: (330) 375-5738
E-Mail: carlos_warner@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2018 a copy of the foregoing Notice of Intent to Plead Guilty was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's system.

/s/ Carlos Warner
CARLOS WARNER
Assistant Federal Public