**U.S. Department of Homeland Security**     **Notice to Appear, Bond, and Custody Processing Sheet**

| A. Alien's Name CESAR VELOZ-ALONSO | | |
|---|---|---|
| AKA: MENDOZA-Nunez, Juan | | |
| Date of birth 04/05/1979 | File No. 074 738 533 Event No: CLE1806000048 | Date of processing 06/14/2018 |

Address
Geauga Co Jail 12450 Merritt Rd Charden 44024

Factual Allegations (attach separate sheet if necessary):     ☒ Charged under section 212 as inadmissible     ☐ Charged under section 237 as deportable

See I-831

☐ Attorney of Record?

Supporting Evidence See I-213

**B. ADDITIONAL FACTORS TO BE CONSIDERED FOR BOND/CUSTODY DETERMINATION**

1. Is a petition or application pending for this alien or a family member? (Explain)

2. Total times apprehended
   Bonded before? _____     How many times? _____     Released O/R before? _____
   Bond breached? _____     How many times? _____     Complied with terms of O/R? _____

3. Present health of subject, spouse and children (Explain if other than good)
   The subject claims good health.

4. Total time in U.S., dates and location; residing with (Family members or others)

5. Personal property in U.S. (Liquid and non-liquid assets)

6. Family members in U.S. (Spouse, children, immediate relatives) address if different than subject's

7. Employment history: (Other than current)
   Bob

8. Other factors (i.e. false claim, attempted flight, unsupervised children at home, etc.

**C.** The undersigned recommends:     ☐ VD without NTA     ☐ NTA Charges (Code)_____
                                            Signature and title of officer G 6994 ROBERTS IEA

**D.** Approved as to legal sufficiency: Date: _____     Office: _____

Signature and title of Service counsel: _____

information I have set the following bond: $ NoBond     Date: 06/14/2018     Office: CLE/CLE

authorizing official: Nicoure J.L.

Form I-265 (Rev. 08/01/07)

DEFENDANT'S
EXHIBIT

A

U.S. Department of Homeland Security                    Continuation Page for Form ___I-265___

| Alien's Name<br>VELOZ-ALONSO, CESAR | File Number<br>074 738 533<br>Event No: CLE1806000048 | Date<br>06/14/2018 |

FACTUAL ALLEGATIONS
-------------------
1. You are not a citizen or national of the United States;

2. You are a native of MEXICO and a citizen of MEXICO;

3. On August 29, 1997, you were ordered removed from the United States under section 240 of the Act;

4. You entered or attempted to reenter the United States without being admitted on an unknkown date.

| Signature<br>.G 6594 ROBERTS | Title<br>IEA |

_____2___ of ___2____ Pages

U.S. Department of Homeland Security    Subject ID : 361661281    **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| VELOZ-ALONSO, CESAR | | | M | BLK | BRO | LBR |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | CLE1806000048 / 074 738 533 | 65 | 150 | Roofing |

| U.S. Address | Scars and Marks |
|---|---|
| Geauga Co Jail 12450 Merritt Rd Charden, 44024 | See Narrative |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | □ Single  □ Divorced ☒ Married  □ Widower □ Separated |
|---|---|---|---|
| Unknown Date, CRP | | 788455KB0 | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | CLC NA |

| Date of Birth | Age: 39 | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| 04/05/1979 | | 06/14/2018 | CLE/CLE | Solon, OH | 06/14/2018 13:06 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted □ Not Lifted □ | By |
|---|---|---|---|
| Leon Guanajuanto, MEXICO | | | G 6994 ROBERTS |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | See Narrative |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| CARRERA, SANJUANA NATIONALITY: MEXICO | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| VELOZ, JUAN  NATIONALITY: MEXICO | ALONSO, ESPERANZA NATIONALITY: MEXICO |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes □ No | Systems Checks See Narrative | Charge Code Words(s) See Narrative |
|---|---|---|---|
| None Claimed | | | |

| Name and Address of (Last) (Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| Bob | Crewman | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: 3086299          Left Index fingerprint         Right Index fingerprint

OTHER ALIASES KNOWN BY:
-------------------------------------
MENDOZA-Nunez, Juan

SCARS MARKS AND TATTOOS
-------------------------
TATTOO BACK - tattoo on right shoulderblade
TATTOO SHOULDER, RIGHT - tattoo

...(CONTINUED ON I-831)

| | G 6994 ROBERTS |
|---|---|
| | IEA |
| Alien has been advised of communication privileges  6/14/2018  (Date/Initials) | (Signature and Title of Immigration Officer) |

| Distribution: | Received: (Subject and Documents)  (Report of Interview) |
|---|---|
| | Officer:  G 6994 ROBERTS |
| | on:  June 14, 2018     (time) |
| | Disposition:  REINSTATEMENT OF DEPORT ORDER I-871 |
| | Examining Officer:  O'LEARY, MICHAEL |

Form I-213 (Rev. 08/01/07)

U.S. Department of Homeland Security

Continuation Page for Form I-213

| Alien's Name<br>VELOZ-ALONSO, CESAR | File Number<br>074 738 533<br>Event No: CLE1806000048 | Date<br>06/14/2018 |

**Subject Health Status**
----------------
The subject claims good health.


**Current Administrative Charges**
--------------------------------
06/14/2018 - 212a9CiII - PREVIOUSLY ORDERED REMOVED AND ENTERED OR ATTEMPTED TO ENTER
WITHOUT BEING ADMITTED


**Previous Criminal History**
-------------------------------
No Crimes selected for inclusion on the I-213.
Records Checked
-----------------
AFIS Pos
TECS Pos
EARM Pos


**FUNDS IN POSSESSION**
-----------------------------------
United States Dollar 280.00

**Record of Deportable/Excludable Alien:**
CITIZENSHIP:
Cesar VELOZ-Alonso, AKA: MENDOZA-Nunez, Juan, hereafter referred to as the "SUBJECT," is a
native and citizen of Mexico by virtue of admitted birth on April 5, 1979; with no claim to
United States Citizenship.

FAMILY:
SUBJECT claims that both parents are natives and citizens of Mexico.  SUBJECT'S mother
resides in Mexico, father is deceased. SUBJECT claims to be married with 3 USC children.

ENTRY:
SUBJECT claims to have last entered the United States in 2014.  SUBJECT does not remember
which state he entered through.  SUBJECT refused to give a sworn Statement regarding his
most recent entry.

ENCOUNTER:
On June 14, 2018, SUBJECT was encountered at the Solon City Jail in Solon, OH.  SUBJECT was
arrested on June 13, 2018 for no Operators License. Cleveland ERO was contacted and a
detainer was place on SUBJECT after alienage was determined.

CRIMINAL HISTORY:
SUBJECT has no criminal history.  SUBJECT has been encountered by police many times in the
past.  No charges were ever upheld due to SUBJECT falling under Immigrations jurisdiction.

IMMIGRATION HISTORY:
SUBJECT was ordered removed in Cleveland, OH on August 29, 1997.
SUBEJCT removed to Mexico on that order on September 5, 1997 through El Paso, TX.

| Signature<br><br>G 6994 ROBERTS | Title<br><br>IEA |

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security

Continuation Page for Form ___I-213___

| Alien's Name<br>VELOZ-ALONSO, CESAR | File Number<br>074 738 533<br>Event No: CLE1806000048 | Date<br>06/14/2018 |
|---|---|---|

SUBJECT was encountered on June 1, 1999 at the Laredo, TX port of entry trying to gain entry
with a false document.  SUBJECT was served Expedited Removal Paperwork under A#77 457 922.
SUBJECT was removed to Mexico the same day of June 1, 1999.

SUBJECT was encountered by Cleveland ERO on May 14, 2008 and served an I-871(Notice of
Intent to Reinstate Prior Order) under A#77 457 922.
SUBJECT was removed on May 20, 2008 under this encounter.

SUBJECT was encountered by U.S. Border Patrol on October 3, 2009 and served an I-871(Notice
of Intent to Reinstate Prior Order) under A#74 738 533.
SUBJECT was prosecuted for Illegal Re-Entry and placed in U.S. Marshal custody.
SUBJECT served his time and was removed back to Mexico on December 11, 2009.


VIOLATION:
SUBJECT appears amenable to removal action under Section Section 212(a)(9)(C)(i)(II) of the
Immigration and Nationality Act, as amended, as an alien who has been ordered removed under
section 235(b)(1), section 240, or any other provision of law, and who enters or attempts to
reenter the United States without being admitted.

MEDICAL CONDITION:
SUBJECT claims to be in GOOD health.

TRAVEL DOCUMENT:
SUBJECT claims his passport is at his house in Painesville, OH.

RECOMMENDATION/DISPOSITION:
SUBJECT will be served and I-871 and SUBJECT's case will be presented to the AUSA for
prosecution.  SUBJECT has two files.  The files are enroute to the CLE ERO Office and will
be consolidated upon arrival.

OTHER:
SUBJECT given a phone call to his wife and talked to 5 minutes.  Subject also given a phone
to call to his friend Larry and talked for 5 minutes.


Other Identifying Numbers
----------------------------------------
ALIEN-074738533 077 457 922

| Signature<br><br>G 6994 ROBERTS | Title<br><br>TEA |
|---|---|

Form I-831 Continuation Page (Rev. 08/01/07)

**Record of Sworn Statement in Administrative Proceedings**

U.S. Department of Homeland Security

Event No: CLE1806000048

Office: CLEVELAND, OH, DOCKET CONTROL OFFICE       File No: 074 738 533

Statement by: _____

In the case of: CESAR VELOZ-ALONSO _____

At: _____    Date: June 14, 2018 _____

Before: G 6994 ROBERTS - IEA _____    In the English _____ language.
(Name and Title)

Interpreter: _____    Interpreter employed by: _____

I am an officer of the United States Department of Homeland Security, authorized by law to administer oaths and take testimony in connection with the enforcement of the Immigration and Nationality laws of the United States. I desire to take your sworn statement regarding Entry into the United States. _____

Record of Sworn Statement in Administrative Proceedings: Q. DO YOU UNDERSTAND WHAT I'VE SAID TO YOU?
A.
Q. ANY STATEMENT YOU MAKE MUST BE GIVEN FREELY AND VOLUNTARILY. ARE YOU WILLING TO ANSWER MY QUESTIONS AT THIS TIME?
A.
Q. DO YOU SWEAR OR AFFIRM THAT ALL THE STATEMENTS YOU ARE ABOUT TO MAKE ARE TRUE AND COMPLETE?
A.

I HAVE READ (OR HAVE HAD READ TO ME) THE FOREGOING STATEMENT CONSISTING OF _____ PAGES. I AFFIRM THAT THE ANSWERS ATTRIBUTED TO ME HEREIN ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND THAT THIS STATEMENT IS A FULL, TRUE, AND CORRECT RECORD OF MY QUESTIONING BY THE ABOVE-NAMED OFFICER OF THE IMMIGRATION AND NATURALIZATION SERVICE. I HAVE INITIALED EACH PAGE OF THIS STATEMENT (AND THE CORRECTIONS NOTED ON PAGE(S) _____ ).

SIGNATURE OF ALIEN: _____

SUBSCRIBED AND SWORN TO ME AT: _____    ON _____

_____    _____
(SIGNATURE OF IMMIGRATION OFFICER)        (SIGNATURE OF WITNESS)

Page 1 of 1    Initials: _____    I-877 (Rev. 08/01/07)

R-84 (Rev. 04-10-2014)
OMB-1110-0051

Leave Blank

**FINAL DISPOSITION REPORT**

FINS #:3086299
Event No.: CLE1806000048

The FBI's acquisition, preservation, and exchange of identification information is generally authorized under 28 USC 534. This R-84 is to be used for criminal justice purposes, such as incident to arrests and incarcerations. The needs and uses for this information is covered in the Fingerprint Identification Records System (FIRS) System of Records Notice (SORN), published in the Federal Register on September 28, 1999. "A Social Security Account Number (SSAN) is helpful to keep records accurate because other people may have the same name and birth date. Pursuant to the Federal Privacy Act of 1974 (5 USC 552a), any Federal, State, or local government agency which requests an individual to disclose his/her SSAN is responsible for informing the person whether disclosure is mandatory or voluntary, by what statutory or other authority the SSAN is solicited, and what uses will be made of it."
Note: This vital report must be prepared on each subject whose arrest fingerprints have been forwarded to the FBI Criminal Justice Information Services Division without final disposition noted. If no final disposition is available from arresting agency, complete left side and forward the form when case is referred to prosecutor and/or courts. Agency on notice as to final disposition should complete this form and submit to: **FBI, CJIS Division, Clarksburg, WV 26306.**
(See instructions on reverse side)

FBI UCN
**788455KB0**

** Final Disposition Date

**Name on fingerprint card submitted to FBI
Last        First        Middle
**VELOZ-ALONSO, CESAR**

(The convicting offense STATUTE, SUBSECTION, LEVEL of conviction, and sentencing information is to be included as part of the disposition. If convicted or subject pleaded guilty to lesser charge, include this information also.)

**Date of Birth    **04/05/1979**    Sex    **Male**

Disposition Maintenance Indicator (DMI)

☐ Append    ☐ Add    ☐ Replace    ☐ Delete

☐ No Record per:

State Bureau No. (SID)

Social Security No. (SOC)

** Form Submitted by ORI Number

ORI# **OHICE0100**

**Fingerprint Contributor/Arresting Agency ORI

(Name, Title, Agency, City & State)
G 6994 ROBERTS
CLEVELAND, OH, DOCKET CONTROL OFFICE
Youngstown OH

Include complete name and location of agency
G 6994 ROBERTS

**North East Ohio Correctional Center
2240 Hubbard Rd.**

**OHICE0100**

06/14/2018
Signature                    Date

**IEA**
Title

Arrest No. (OCA)
**074 738 533**

**Date Arrested or Received
**06/14/2018**

☐ COURT ORDERED EXPUNGEMENT
Certified or Authenticated Copy of Court Order Attached.

**Offenses Charged at Arrest
**rem proc;**

Subject's Relationship to Victim:
☐ Current or former spouse of victim (can be same sex)
☐ Guardian of victim
☐ Person is cohabiting or has cohabited as spouse of victim (can be same sex)
☐ Person is cohabiting or has cohabited as parent of victim
☐ Person similarly situated to spouse (can be same sex)
☐ Person similarly situated to parent of victim
☐ Other_____

☐ Parent/Stepparent of victim
☐ Child in common (child must be born)
☐ Person is cohabiting or has cohabited as guardian of victim
☐ Person similarly situated to guardian of victim

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY          L. THUMB          R. THUMB          RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

# INSTRUCTIONS

1. The purpose of this report is to record the initial data of a subject's arrest and secure the final disposition of the arrest at the earliest possible time.  The SUBJECT'S NAME, CONTRIBUTOR AND ARREST NUMBER should be exactly the same as submitted at the time of arrest.  The FBI number should be indicated, if known. The agency ultimately making final disposition must complete and submit form to their designated state or federal agency.

2. The arresting agency should fill in all arrest data on left side of form as the contributor of the fingerprints.  The arresting agency ORI should be placed in the appropriate block.  If the arrest is disposed of by the arresting agency, as where the arrestee is released without charge, the arresting agency must fill in this final disposition and mail form to their designated agency.  Of course, if the final disposition is known when the arrest fingerprint card is submitted, it should be noted on the fingerprint card and this form is then unnecessary.  In the event the case goes to the prosecutor, this form should be forwarded to the prosecutor with arrestee's case file.

3. The prosecutor should complete the form to show final disposition at the prosecution level if the matter is not being referred for court action and submit form directly to their designated agency.  If court action is required, the prosecutor must forward form with case file to court having jurisdiction.

4. The court should complete this form as to final court disposition such as when arrested person is acquitted, case is dismissed, conviction/sentence imposed or suspended, or person placed on probation.

5. When arrested person is convicted or pleads guilty to a lesser or different offense than when originally arrested, this information should be clearly indicated.

6. If court disposition is associated with a misdemeanor crime of domestic violence, select the appropriate box demonstrating the relationship of the subject to the victim, and attach the police/incident report/court record to this form.  If other is selected, please provide the description of the relationship to the victim in the space provided.

7. If subsequent action is taken to seal or expunge record, attach certified or authenticated copy of court order to this form.

8. If the disposition was destroyed, purged, or is no longer available, please check the "No Record" box and indicate agency.

9. It is vitally important for completion of subject's record in the FBI Criminal Justice Information Services Division files that Final Disposition Reports be submitted in every instance where fingerprints were previously forwarded without final disposition noted.

10. Submission of flat capture fingerprint impressions is optional.

11. Asterisks indicate mandatory fields, but all known data should be provided.

```
CIMDSAS   PAGE  0001   DEPARTMENT OF HOMELAND SECURITY   USCIS        06/13/18
COMMAND:               CENTRAL INDEX SYSTEM - MULTIPLE FINDS FROM      10:59:03
                       SOUNDS LIKE NAME WITH DATE OF BIRTH SEARCH
                                                                    LEENN  ACV
TOTAL RECORDS READ = 0000002                                        AAAAA  PAI
SRCH DATA: FN/LEN: CESAR                    /0      DOB: 04051979    PRDCI  PRO
           LN/LEN: VELOZ ALONZO                          /0         SMSSL  LDL
   NAME                          A-NUMBER    DOB      COB   POE
   VELOZ ALONSO        ,CESAR    077457922 04051979 MEXIC LAR          X      X
   VELOZ ALONSO        ,CESAR    077457922 04051979 MEXIC LAR          X      X
```

077738533   y File NRC
            A file lost

NRC Rch-GD

No DL | Solon
Cesar, Veloz - Abm
4-5-79   } 2x Report
  mex

```
*** END OF SEARCH DISPLAY
TO VIEW PERSON DATA PLACE CURSOR ON LINE - PRESS ENTER.
   CLEAR EXIT   PF1 PAGE AHEAD   PF2 PAGE BACK   PF4 RETURN   PF5 HELP
            PF6 MAIN MENU   PF9 ALTERNATE SEARCH
SOUNDEX CODE: V42 C26 ,A452C26 .                 EXACT DOB: 19790405
```

PCQS508 - Details

# JUAN MENDOZA-NUNEZ Born - DOJ-EOIR EOIR Case: Removal - All Details

### Summary

| | |
|---|---|
| Alien Full Name | MENDOZA-NUNEZ, JUAN |
| Alien Date Of Birth | |
| Alien Number | 074738533 |
| Lead Alien Number | 074738533 |
| Nationality | MEXICO |
| Case Type | Removal |
| Rider Relationship | |
| Rider Indicator | N |
| Base City Address City | ARLINGTON |
| Charging Document Date | 09-12-1997 |
| Case Input Date | 09-17-1997 |
| Initial Hearing Date | 09-18-1997 |
| Proceeding Received Date | 09-17-1997 |
| Latest Hearing Date | 09-18-1997 |
| Latest Hearing Calendar Type | Master |
| Custody Status | Detained |
| Received at EOIR Date | 09-17-1997 |
| IJ Decision | Remove |
| IJ Decision Date | 09-18-1997 |
| IJ Other Completion | |
| *** Applications *** | |
| 212C Filed | |
| 212C Decision | |
| 245Adj Filed | |
| 245Adj Decision | |
| Voluntary Departure Filed | |
| Voluntary Departure Decision | |
| Suspension Filed | |
| Suspension Decision | |
| IJ MTR Received Date | |
| IJ MTR Decision | |
| IJ MTR Decision Date | |
| Appeal Filed | |
| Board Decision | |
| Board Decision Date | |
| *** CHARGES *** | |
| Charge 01 | 212a06AI - Alien is U.S. without Admission or Paroled |
| Charge 02 | |
| Charge 03 | |
| Charge 04 | |
| Charge 05 | |
| Charge 06 | |
| Alien Address Street Line 1 | INS CUSTODY |
| Alien City-State-Zip | CLEVELAND , OH, 440770000 |
| Alien Address Changed Date | |
| Alien Address Latest Changed Date | |
| Alien Phone | 0000000000 |
| Atty/Rep Name | |
| Atty/Rep Address | |
| Board Atty/Rep Name | |
| Board Atty/Rep City-State-Zip | |
| Board Atty/Rep Address | |

### IJ Decisions

| Proceeding Number | Rec'd at EOIR | IJ Dec Method | IJ Dec Reserved Date | IJ Dec | IJ Other Comp | IJ Dec Date | Base City | Hearing Location | In Absentia | COV/Transfer To | Appeal Reserve |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 09-17-1997 | Oral | | Remove | | 09-18-1997 | CLEVELAND | ARLINGTON, VIRGINIA | N | | |

6/14/2018

PCQS508 - Details

**Board Decisions**

| Proceeding Number (Appeal Gen Number) | Appeal Sub Gen Number | Date Filed | Description | Base City | Hearing Locat |
|---|---|---|---|---|---|

**Alien Info**

| PERSONAL INFORMATION | | Reps | | Asylum Clock Stat |
|---|---|---|---|---|
| A-Number | A074738533 | ALIEN REPRESENTATIVES AT COURT | | Alien Number |
| Full Name | MENDOZA-NUNEZ, JUAN | Alien Atty /Rep at Court | | Name |
| Alias | | Atty./Rep. Number 1 | | Asylum Clock Statu |
| LEAD AND RIDER INFORMATION | | Representative Type | | Asylum Clock Type |
| A-Number of Lead | A074738533 | Atty/Rep Level | | Asylum Elapsed Da |
| Relationship to Lead | | Appearance Type | | reported by EOIR) |
| Charging Doc Date | 09-12-1997 | E-28 Date | | Init Asylum Rec'd D |
| DEMOGRAPHIC INFORMATION | | Address | | DHS Asylum Clock |
| Gender | | Address 2 | | DHS Entry Clock St |
| Birth Date | | City-State-Zip | | NTA Date |
| Nationality | MEXICO | Phone | | Asylum Clock Updr |
| Language | SP - SPANISH | Extension | | Lodged at EOIR Da |
| CONTACT INFORMATION | | Fax | | Lodged at EOIR Ch |
| In Care Of (C/O) | | DHS REPRESENTATIVES AT COURT | | Date (most recent) |
| Address Line 1 | INS CUSTODY | DHS TA Number 1 | | Lodged at EOIR Re |
| Address Line 2 | | Date Assigned | | Lodged at EOIR Co |
| City | CLEVELAND | Address | | |
| State | OH | Address 2 | | |
| Zip Code | 44199-0000 | City-State-Zip | | |
| Country | | Phone | | |
| Phone | 000-000-0000 | ALIEN REPRESENTATIVES AT APPEAL | | |
| eMail | | Atty./Rep. Number 1 | | |
| Reason | | Representative Type | | |
| Changed On | | E-27 Date | | |
| | | Firm Name | | |
| | | Address 1 | | |
| | | Address 2 | | |
| | | City-State-Zip | | |
| | | Phone | | |
| | | DHS REPRESENTATIVES AT APPEAL | | |
| | | DHS TA Number 1 | | |
| | | Date Assigned | | |
| | | Address | | |
| | | Address 2 | | |
| | | City-State-Zip | | |
| | | Phone | | |

**Event Dates & Decisions/Adjournments**

| Events | Date | Time | Proceeding | Base City | Decision/Adjournment | Clocl |
|---|---|---|---|---|---|---|
| Today | 06-14-2018 | | 1 | ARLINGTON | N/A | N/A |
| Proceeding Completion | 09-18-1997 | | 1 | CLEVELAND | Remove | False |
| Hearing | 09-18-1997 | 13:10:00 | 1 | CLEVELAND | | False |
| Start | 09-17-1997 | | 1 | CLEVELAND | N/A | False |

**Applications**

| Proceeding Number | Court App Rec'd Date | Type of Application for Relief | Base City | Hearing Location | Court App IJ Dec | Cou |
|---|---|---|---|---|---|---|

**IJ Motions**

| Proceeding Number | IJ Motion Type | IJ Motion Rec'd Date | IJ Motion Dec Date | IJ Motion Dec | Motion Restart Asylum Clock Option | Motion Affects Asylun Clock |
|---|---|---|---|---|---|---|

**Bonds**

| Proceeding Number | Initial Bond Hearing Date | Bond Request Date | Description | Bond Filing Method | Bond Base City Code | Bond Hearing Loc | Bond IJ (Historical Only) | Bond Dec Date | Bond Dec | Bond DHS Atty at Court (Historical Only) | Initial Bond Amount | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

**Hearing Schedule**

| Proceeding Number | Type | Date | Base City | Hearing Location | IJ | Medium | IHP Facility | Adjournment Reason | Adjournment Reason Code | Clock Action | Adjournment Responsible Party | Asylum Clock Override | Call-up Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Master | 09-18-1997 | CLEVELAND | ARLINGTON, VIRGINIA | ELIZABETH A. HACKER | | | | | | | False | |

**Proceeding 1**

**GENERAL INFORMATION**

| | |
|---|---|
| Case Type | Removal |
| Battered? | N |
| Release Info? | |
| Tape Alien Number | 000000000 |
| Case Proceeding ID | 1894845 |

**CASE RELATED DATES**

| | |
|---|---|
| Charging Doc Date | 09-12-1997 |
| Received at EOIR | 09-17-1997 |
| Proceeding Received Date | 09-17-1997 |
| Entered US | |

**CASE LOCATION**

| | |
|---|---|
| Base City | ARLINGTON |
| Hearing Location Name | ARLINGTON, VIRGINIA |
| Hearing Location Street | 801 W. SUPERIOR AVE, STE13-100 |
| Hearing Location City | CLEVELAND |
| Hearing Location State | OH |
| Hearing Location Zip Code | 441131829 |
| DHS Location | |
| Immigration Judge | ELIZABETH A. HACKER |

**CUSTODY STATUS**

| | |
|---|---|
| Custody | Detained |

**DETENTION INFORMATION**

| | |
|---|---|
| Detention Facility Type | |
| Correction Facility | |
| Detention Loc Name | |
| Detention Loc Address | |

**CHARGES**

| | |
|---|---|
| Charge 1 | 212a06AI -Alien is U.S. without Admission or Paroled |
| Criminal Charge Flag | False |
| Charge Dec | SUSTAINED |

**ALLEGATIONS**

| | |
|---|---|
| Allegation Description 1 | |
| Allegation Reasons | |
| Designated Country 1 | |
| Designated Country 2 | |

**OIL Receiving Info**

| Requested On | Currently Due | Originally Due | Contact | Cert Type | OIL Remarks |
|---|---|---|---|---|---|

**OIL Certification**

| Date Completed | | Date Sent to OIL | | C |
|---|---|---|---|---|

PCQS508 - Details

```
CIMIDN              DEPAR     NT OF HOMELAND SECURITY -   CIS         06/14/18
COMMAND:         CENTRAL INDEX SYSTEM - ID # SEARCH/DISPLAY          12:07:49


ID # (A/AA/AB/C/DA/EE): A74738533            A#: 074738533   DOB: 04051975
  (DL/FB/FI/FP/I/PP/SS/TD)
     LAST: VELOZ ALONSO
    FIRST: CESAR                                    NATZ DATE:
   MIDDLE:                                              COURT:
  ALIASES:                                           LOCATION:


  POE:        COB: MEXIC     DOE: 00000000
  SEX: M      COC:           DFO: 09181997         FATHER: JUAN
  COA: DEP ( DEPORTATIONS                    )     MOTHER: ESPERANZA


       SSN:               CONSOLIDATED A-NOS    --OTHER INFORMATION--
I-94 ADM #:                                     EARM-X  NAIL-X  VIOL-X
PASSPORT #:
    FBI #:
DRIVER LIC:
FINGER CD#:
  IDENT FIN: 3086299
OVER-KEY ID# TO DISPLAY NEW PERSON, PRESS  ENTER.  CLEAR EXIT  PF1 NEXT CONS A#
PF2 PRIOR CONS A#  PF3 REFRESH  PF4 RETURN PF5 HELP PF6 MAIN MENU  PF8 HISTORY
                                                           PF9 EAD
```

```
CIMIDN                DEPAR  NT OF HOMELAND SECURITY -  IS          06/14/18
COMMAND:         CENTRAL INDEX SYSTEM - ID # SEARCH/DISPLAY         12:09:42


ID # (A/AA/AB/C/DA/EE): A77457922          A#: 077457922   DOB: 04051979
 (DL/FB/FI/FP/I/PP/SS/TD)
      LAST: VELOZ ALONSO
     FIRST: CESAR                                 NATZ DATE:
    MIDDLE: JUAN                                      COURT:
   ALIASES:                                        LOCATION:


 POE: LAR   COB: MEXIC     DOE: 06011999
 SEX: M     COC: MEXIC     DFO: 06011999         FATHER:
 COA: EXC ( EXCLUSIONS                    )      MOTHER: ESPERAZA


       SSN:                   CONSOLIDATED A-NOS    --OTHER INFORMATION--
I-94 ADM #:                                       EARM-X  VIOL-X
PASSPORT #:
      FBI #:
DRIVER LIC:
FINGER CD#:
 IDENT FIN: 3086299
OVER-KEY ID# TO DISPLAY NEW PERSON, PRESS  ENTER.  CLEAR EXIT  PF1 NEXT CONS A#
PF2 PRIOR CONS A#  PF3 REFRESH  PF4 RETURN PF5 HELP PF6 MAIN MENU  PF8 HISTORY
                                                                   PF9 EAD
```

| | |
|---|---|
| FBI Number: | 788455KB0 |
| State ID Number: | |
| TID: | E2018165000000160260 |
| Last Name: | VELOZ ALONSO |
| First Name: | CESAR |
| Middle Name: | |
| Controlling Agency: | VAD0J017Y |
| Search Findings: | 1 |
| Occupation: | |
| Treat As Adult: | |
| Action: | |
| Address: | |
| Employer Address: | |

Response:

FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

OHICE0100          ICN E2018165000000160260

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
          - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                    FBI NO.      DATE REQUESTED
VELOZ ALONSO,CESAR      788455KB0    2018/06/14

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR
M    W     1979/04/05  509     145     BRO   BLK

BIRTH PLACE
MEXICO

PATTERN CLASS          CITIZENSHIP
RS RS WU RS RS LS LS LS WU LS    MEXICO

1-ARRESTED OR RECEIVED 1999/06/01
  AGENCY-ICE-OFC OF INV SAN ANTONIO (TXICE3000)
    AGENCY CASE-A77457922

  CHARGE 1-COUNTERFEIT INS DOCUMENT

  COURT- ()
    CHARGE-COUNTERFEIT INS DOCUMENT
    EXPEDITED REMOVAL

2-ARRESTED OR RECEIVED 2008/05/14
  AGENCY-ICE/ERO CLEVELAND CLEVELAND (OHICE0100)
    AGENCY CASE-77976373

  FINGERPRINT INFORMATION
    BSI/2000074149206
    PRINT DATE/2008/05/14

END OF PART 1 - PART 2 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

OHICE0100                    ICN E2018165000000160260
PART 2
        - FBI IDENTIFICATION RECORD - FBI NO.-78B455KB0

   CHARGE 1-ALIEN INADMISSIBILITY UNDER SECTION 212


3-ARRESTED OR RECEIVED 2009/10/03
 AGENCY-DHS-CBP FAIRVIEW (PACBP0000)
   AGENCY CASE-077457922

  FINGERPRINT INFORMATION
   BSI/2000056060870
   PRINT DATE/2009/10/03

    NAME USED-VELOZ-ALONSO,CESAR
    CHARGE 1-ALIEN INADMISSIBILITY UNDER SECTION 212

   COURT- ()
    DISPOSITION-OTHER
    CHARGE-DSPE/ ALIEN INADMISSIBILITY UNDER SECTION 212
    DSPE/ REINSTATEMENT OF DEPORT ORDER I-871


 4-ARRESTED OR RECEIVED 2018/06/14A
  AGENCY-ICE/ERO CLEVELAND CLEVELAND (OHICE0100)
   AGENCY CASE-179045995

  FINGERPRINT INFORMATION
   BSI/40223157396
   PRINT DATE/2018/06/14

    NAME USED-VELOZ-ALONSO,CESAR
    CHARGE 1-PREVIOUSLY ORDERED REMOVED AND ENTERED OR ATTEMPTED TO ENT
       ER WITHOUT BEING ADMITTED

 RECORD UPDATED 2018/06/14




  ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
  FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

  THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
  USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

* Federal Deoxyribonucleic Acid (DNA) Indicator
*
* DNA Not in CODIS - Collect DNA
*
---------------------------------2.2018:N



| | |
|---|---|
| FINS: | 3086299 |
| Date: | 06/14/18 |
| Encounter ID: | 4844673471 |
| External System ID: | EnforceCivid: 179045995 |
| Subject Id: | 361661281 |
| Event Number: | CLE1806000048 |
| Activity Type: | Enforcement |
| Activity Reason: | ICE EAGLE transaction |
| Status Code: | Recidivist |
| Activity Organization: | DHS - ICE - DNR |

| | |
|---|---|
| Last Name: | VELOZ-ALONSO |
| First Name: | CESAR |
| Middle Name: | |

| | | | |
|---|---|---|---|
| Gender: | M | Date of Birth: | 04/05/79 |
| Height: | 65 in | Weight: | 150 lbs |
| Eye Color: | BRO | Hair Color: | BLK |
| Race: | Unknown | Country of Birth: | Mexico |

**Countries of Citizenship:** Mexico

**Aliases:**

| Last Name | First Name | Middle Name |
|---|---|---|
| MENDOZA-Nunez | Juan | |

**Scars & Marks:**

| Code | Name | Description |
|---|---|---|
| | | |

**ID Numbers:**

| Type | Number |
|---|---|
| Alien # | 074738533 |
| FBI # | 788455KB0 |
| State ID | |

**Documents:**

| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

**Alerts:**

| Type | Valid Until | Requestor | Text |
|---|---|---|---|
| | | | |

**Apprehensions:**

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| RECID | CLC | Solon, OH | 06/14/18 | ROBERTS, G 6994 | NA | |

**Comments:** CITIZENSHIP: Cesar VELOZ-Alonso, AKA: MENDOZA-Nunez, Juan, hereafter referred to as the "SUBJECT," is a native and citizen of Mexico by virtue of admitted birth on April 5, 1979; with no claim to United States Citizenship. FAMILY: SUBJECT claims that both parents are natives and citizens of Mexico. SUBJECT'S mother resides in Mexico, father is deceased. SUBJECT claims to be married with 3 USC children. ENTRY:  SUBJECT claims to have last entered the United States in 2014. SUBJECT does not remember which state he entered through. SUBJECT refused to give a sworn Statement regarding his most recent entry. ENCOUNTER:  On June 14, 2018, SUBJECT was encountered at the Solon City Jail in Solon, OH. SUBJECT was arrested on June 13, 2018 for no Operators License. Cleveland ERO was contacted and a detainer was place on SUBJECT after alienage was determined.  CRIMINAL HISTORY: SUBJECT has no criminal history.  SUBJECT has been encountered by police many times in the past.  No charges were ever upheld due to SUBJECT falling under Immigrations jurisdiction. IMMIGRATION HISTORY:   SUBJECT was ordered removed in Cleveland, OH

on August 29, 1997.SUBEJCT removed to Mexico on that order on September 5, 1997 through El Paso, TX.SUBJECT was encountered on June 1, 1999 at the Laredo, TX port of entry trying to gain entry with a false document.  SUBJECT was served Expedited Removal Paperwork under A#77 457 922. SUBJECT was removed to Mexico the same day of June 1, 1999.SUBJECT was encountered by Cleveland ERO on May 14, 2008 and served an I-871(Notice of Intent to Reinstate Prior Order) under A#77 457 922.SUBJECT was removed on May 20, 2008 under this encounter. SUBJECT was encountered by U.S. Border Patrol on October 3, 2009 and served an I-871(Notice of Intent to Reinstate Prior Order) under A#74 738 533.SUBJECT was prosecuted for Illegal Re-Entry and placed in U.S. Marshal custody.  SUBJECT served his time and was removed back to Mexico on December 11, 2009.VIOLATION:  SUBJECT appears amenable to removal action under Section Section 212(a)(9)(C)(i)(II) of the Immigration and Nationality Act, as amended, as an alien who has been ordered removed under section 235(b)(1), section 240, or any other provision of law, and who enters or attempts to reenter the United States without being admitted.MEDICAL CONDITION:SUBJECT claims to be in GOOD health.  TRAVEL DOCUMENT:SUBJECT claims his passport is at his house in Painesville, OH. RECOMMENDATION/DISPOSITION:  SUBJECT will be served and I-871 and SUBJECT's case will be presented to the AUSA for prosecution.  SUBJECT has two files.  The files are enroute to the CLE ERO Office and will be consolidated upon arrival. OTHER: SUBJECT given a phone call to his wife and talked to 5 minutes.  Subject also given a phone to call to his friend Larry and talked for 5 minutes.

No Mug Shot

| FINS: | 3086299 |
|---|---|
| Date: | 01/10/18 |
| Encounter ID: | 4561342014 |
| External System ID: | Other: E2008135000000080072 |
| Subject Id: | |
| Event Number: | |
| Activity Type: | Enforcement |
| Activity Reason: | ICE Historical Fingerprint Enrollment |
| Status Code: | Recidivist |
| Activity Organization: | DHS – ICE – HFE |

| Last Name: | VELOZ ALONSO |
|---|---|
| First Name: | CESAR |
| Middle Name: | |

| Gender: | M | Date of Birth: | 04/05/79 |
|---|---|---|---|
| Height: | 69 in | Weight: | 160 lbs |
| Eye Color: | BRO | Hair Color: | BLK |
| Race: | White | Country of Birth: | |

**Countries of Citizenship:** Mexico

**Aliases:**

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

**Scars & Marks:**

| Code | Name | Description |
|---|---|---|
| | | |

**ID Numbers:**

| Type | Number |
|---|---|
| FBI # | 788465KB0 |
| Alien # | |
| State ID | |

**Documents:**

| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

**Alerts:**

| Type | Valid Until | Requestor | Text |
|---|---|---|---|
| | | | |

**Apprehensions:**

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| | | | | | | |

**Comments:** This ICE historical fingerprint enrollment was ingested after the original date of encounter or apprehension, based on an existing DHS record provided by the FBI.

No Mug Shot

| FINS: | 3086299 |
|---|---|
| Date: | 06/24/17 |
| Encounter ID: | 4307408579 |
| External System ID: | Other: E2009276000000100771 |
| Subject Id: | |
| Event Number: | |
| Activity Type: | Enforcement |
| Activity Reason: | CBP Border Patrol Historical Fingerprint Enrollment |
| Status Code: | Recidivist |
| Activity Organization: | DHS - APPREHEND |

| Last Name: | VELOZ-ALONSO |
|---|---|
| First Name: | CESAR |
| Middle Name: | |

| Gender: | M | Date of Birth: | 04/05/79 |
|---|---|---|---|
| Height: | 67 in | Weight: | 145 lbs |
| Eye Color: | BRO | Hair Color: | BLK |
| Race: | White | Country of Birth: | |

**Countries of Citizenship:** Mexico

**Aliases:**



| Last Name | First Name | Middle Name |
|---|---|---|

**Scars & Marks:**

| Code | Name | Description |
|---|---|---|

**ID Numbers:**

| Type | Number |
|---|---|
| Alien # | 077457922 |
| FBI # | 788455KB0 |
| State ID | |

**Documents:**



| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|

**Alerts:**

| Type | Valid Until | Requestor | Text |
|---|---|---|---|

**Apprehensions:**



| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|

**Comments:** This CBP Office of Border Patrol historical fingerprint enrollment was ingested after the original date of encounter or apprehension, based on an existing DHS enforcement record provided by the FBI.

No Mug Shot

| FINS: | 3086299 |
|---|---|
| Date: | 10/03/09 |
| Encounter ID: | 79422937 |
| External System ID: | EnforceCivId: 86441616<br>IdentTId: CBERP002100309190354 |
| Subject Id: | 281542870 |
| Event Number: | ERP1010000004 |
| Activity Type: | Enforcement |
| Activity Reason: | |
| Status Code: | Recidivist |
| Activity Organization: | DHS – APPREHEND |

| Last Name: | VELOZ-ALONSO |
|---|---|
| First Name: | CESAR |
| Middle Name: | |

| Gender: | M | Date of Birth: | 04/05/79 |
|---|---|---|---|
| Height: | | Weight: | |
| Eye Color: | | Hair Color: | |
| Race: | | Country of Birth: | |

Countries of Citizenship:

Aliases:

| Last Name | First Name | Middle Name |
|---|---|---|

Scars & Marks:

| Code | Name | Description |
|---|---|---|

ID Numbers:

| Type | Number |
|---|---|
| Alien # | |
| FBI # | |
| State ID | |

Documents:

| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|

Alerts:

| Type | Valid Until | Requestor | Text |
|---|---|---|---|

Apprehensions:

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| RECID | O | At LAR | 10/03/09 | | PWAM | |

Comments:

No Mug Shot

| FINS: | 3086299 |
|---|---|
| Date: | 05/14/08 |
| Encounter ID: | 74827524 |
| External System ID: | EnforceCivId: 77976373 |
| | IdentTid: EICLE107051408130122 |
| Subject Id: | 273078657 |
| Event Number: | CLE0805000261 |
| Activity Type: | Enforcement |
| Activity Reason: | |
| Status Code: | Recidivist |
| Activity Organization: | DHS - APPREHEND |

| Last Name: | VELOZ ALONSO |
|---|---|
| First Name: | CESAR |
| Middle Name: | |

| Gender: | M | Date of Birth: | 04/05/79 |
|---|---|---|---|
| Height: | | Weight: | |
| Eye Color: | | Hair Color: | |
| Race: | | Country of Birth: | |

**Countries of Citizenship:**

**Aliases:**

| Last Name | First Name | Middle Name |
|---|---|---|

**Scars & Marks:**

| Code | Name | Description |
|---|---|---|

**ID Numbers:**

| Type | Number |
|---|---|
| Alien # | 077457922 |
| FBI # | |
| State ID | |

**Documents:**

| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|

**Alerts:**

| Type | Valid Until | Request | Text |
|---|---|---|---|

**Apprehensions:**

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| RECID | CLC | At UNK | 05/14/08 | SEREVITCH, RYAN J | PWAM | OVER1 |

**Comments:** NOTE: Comment text may be incomplete. Refer to ENFORCE Event ID# CLE0805000261 for details. On May 13, 2008 subject was encountered by the Mentor, Ohio Police Department for No Operator's License. Subject was sentenced to time served and was subsequently turned over to ICE custody on May 14, 2008.  Subject was transported to the ICE/DRO office in Cleveland, OH for processing. Subject is a native and citizen of Mexico by virtue of admitted birth.Subject was previously issued an Expedited Removal on June 1, 1999 and was removed on that same date through Lincoln/Juarez POE, Laredo, Texas by foot.Subject claims to have entered the United States on or about July 2005 at or near Nogales,Arizona, on foot without being inspected by an immigration officer.Subject claims no prior military service. Subject has no applications or petitions pending with the service. Subject claims no prior military service. Subject appears to be in good health. Subject was read his rights and acknowledged that he understood them.  Subject

**No Mug Shot**

| FINS: | 3086299 |
|---|---|
| Date: | 06/10/99 |
| Encounter ID: | 6142516 |
| External System ID: | Barcode: 10P484988 |
| Subject Id: | |
| Event Number: | |
| Activity Type: | Enforcement |
| Activity Reason: | |
| Status Code: | Recidivist |
| Activity Organization: | DHS - US-VISIT - BSC |

| Last Name: | VELOZ |
|---|---|
| First Name: | ALONSO |
| Middle Name: | CESAR |

| Gender: | M | Date of Birth: | 04/05/79 |
|---|---|---|---|
| Height: | 69 in | Weight: | 145 lbs |
| Eye Color: | BRO | Hair Color: | BLK |
| Race: | White | Country of Birth: | |

**Countries of Citizenship:**

**Aliases:**



| Last Name | First Name | Middle Name |
|---|---|---|

**Scars & Marks:**

| Code | Name | Description |
|---|---|---|

**ID Numbers:**

| Type | Number |
|---|---|
| Alien # | 077457922 |
| FBI # | |
| State ID | |

**Documents:**

| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|

**Alerts:**

| Type | Valid Until | Requestor | Text |
|---|---|---|---|

**Apprehensions:**

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| DHS-BSC | | FDL | 05/23/99 | | | |

**Comments:**

**No Mug Shot**

| FINS: | 3086299 |
|---|---|
| Date: | 06/01/99 |
| Encounter ID: | 6070032 |
| External System ID: | IdentTid: IDLLB003060199120435 |
| Subject Id: | |
| Event Number: | |
| Activity Type: | Enforcement |
| Activity Reason: | |
| Status Code: | Alert |
| Activity Organization: | DHS - APPREHEND |

| Last Name: | VELOZ ALONSO |
|---|---|
| First Name: | CESAR |
| Middle Name: | |

| Gender: | M | Date of Birth: | 04/05/79 |
|---|---|---|---|
| Height: | | Weight: | |
| Eye Color: | | Hair Color: | |
| Race: | | Country of Birth: | |

**Countries of Citizenship:**

**Aliases:**



| Last Name | First Name | Middle Name |
|---|---|---|

**Scars & Marks:**

| Code | Name | Description |
|---|---|---|

**ID Numbers:**

| Type | Number |
|---|---|
| Alien # | 77457922 |
| FBI # | |
| State ID | |

**Documents:**



| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|

**Alerts:**

| Type | Valid Until | Requestor | Text |
|---|---|---|---|
| Removed Alien Alert - Removed Alien (Final Order | 01/01/99 | USVI_4627 | This removal alert is based on information obtained from the Enforcement Alien Removal Module (EARM). Do not perform any enforcement action based solely on this removal alert. |

**Apprehensions:**

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| RECID | ISP | LAREDO POE # 2 | 06/01/99 | SALAZAR, RYAN J | CFT | AE |

**Comments:** Counterfeit I-551 Expedited removal

| FINS: | 3086299 |
|---|---|
| Date: | 10/01/97 |
| Encounter ID: | 2187343 |
| External System ID: | Barcode: 10P246714 |
| Subject Id: | |
| Event Number: | |
| Activity Type: | Enforcement |
| Activity Reason: | |
| Status Code: | Recidivist |
| Activity Organization: | DHS - US-VISIT - BSC |

| Last Name: | VELEZ ALONSO |
|---|---|
| First Name: | CESAR |
| Middle Name: | |

| Gender: | M | Date of Birth: | 04/05/75 |
|---|---|---|---|
| Height: | 71 In | Weight: | 150 lbs |
| Eye Color: | BRO | Hair Color: | BLK |
| Race: | White | Country of Birth: | |

**Countries of Citizenship:**

**Aliases:**

| Last Name | First Name | Middle Name |
|---|---|---|

**Scars & Marks:**

| Code | Name | Description |
|---|---|---|

**ID Numbers:**

| Type | Number |
|---|---|
| Alien # | 074738533 |
| FBI # | |
| State ID | |

**Documents:**

| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|

**Alerts:**

| Type | Valid Until | Requestor | Text |
|---|---|---|---|

**Apprehensions:**

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| DHS-BSC | | FDL | 08/28/97 | | | |

**Comments:**

END OF COVER SHEET

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

OHICE0100                    ICN E2018165000000104966

BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                    - FBI IDENTIFICATION RECORD -

WHEN EXPLANATION OF A CHARGE OR DISPOSITION IS NEEDED, COMMUNICATE
DIRECTLY WITH THE AGENCY THAT FURNISHED THE DATA TO THE FBI.

NAME                  FBI NO.     DATE REQUESTED
VELOZ ALONSO,CESAR          788455KB0    2018/06/14

SEX  RACE  BIRTH DATE  HEIGHT  WEIGHT  EYES  HAIR
M    W    1979/04/05  509     145     BRO   BLK

BIRTH PLACE
MEXICO

PATTERN CLASS          CITIZENSHIP
RS RS WU RS RS LS LS LS WU LS   MEXICO

1-ARRESTED OR RECEIVED 1999/06/01
  AGENCY-ICE-OFC OF INV SAN ANTONIO (TXICE3000)
    AGENCY CASE-A77457922

  CHARGE 1-COUNTERFEIT INS DOCUMENT

  COURT- ()
    CHARGE-COUNTERFEIT INS DOCUMENT
    EXPEDITED REMOVAL

2-ARRESTED OR RECEIVED 2008/05/14
  AGENCY-ICE/ERO CLEVELAND CLEVELAND (OHICE0100)
    AGENCY CASE-77976373

  FINGERPRINT INFORMATION
    BSI/2000074149206
    PRINT DATE/2008/05/14

END OF PART 1 - PART 2 TO FOLLOW

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

OHICE0100                    ICN E2018165000000104966
PART 2
          - FBI IDENTIFICATION RECORD - FBI NO.-788455KB0

CHARGE 1-ALIEN INADMISSIBILITY UNDER SECTION 212


3-ARRESTED OR RECEIVED 2009/10/03
  AGENCY-DHS-CBP FAIRVIEW (PACBP0000)
   AGENCY CASE-077457922

FINGERPRINT INFORMATION
  BSI/2000056060870
  PRINT DATE/2009/10/03

  NAME USED-VELOZ-ALONSO;CESAR
  CHARGE 1-ALIEN INADMISSIBILITY UNDER SECTION 212

  COURT- ()
   DISPOSITION-OTHER
   CHARGE-DSPE/ ALIEN INADMISSIBILITY UNDER SECTION 212
   DSPE/ REINSTATEMENT OF DEPORT ORDER I-871

RECORD UPDATED 2018/06/14

ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL.

THE USE OF THIS RECORD IS REGULATED BY LAW.  IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED.

CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

OHICE0100                    ICN E2018165000000104966

***SPECIAL INFORMATION***

COPIES FOR 'SEND COPY TO' NOT SENT. IF COPIES REQUESTED; YOUR AGENCY
SHOULD DISSEMINATE.

------------------------------------
*      Federal Deoxyribonucleic Acid (DNA) Indicator          *
*                                          *
*      DNA Not in CODIS - Collect DNA                   *
*                                          *
----------------------------------2.2018:N

| | |
|---|---|
| FBI Number: | 788455KB0 |
| State ID Number: | |
| TID: | E2018165000000104966 |
| Last Name: | VELOZ ALONSO |
| First Name: | CESAR |
| Middle Name: | |
| Controlling Agency: | VAD0J017Y |
| Search Findings: | I |
| Occupation: | |
| Treat As Adult: | |
| Action: | |
| Address: | |
| Employer Address: | |

Response:

FEDERAL BUREAU OF INVESTIGATION
CRIMINAL JUSTICE INFORMATION SERVICES DIVISION
CLARKSBURG, WV  26306

OHICE0100
TCN 0060259200
AGENCY CASE 179045995

THE FBI IDENTIFIED YOUR TEN-PRINT SUBMISSION WHICH
CONTAINED THE FOLLOWING DESCRIPTORS:

NAME VELOZ-ALONSO,CESAR
DATE ARRESTED/FINGERPRINTED 2018/06/14

| SEX | RACE | BIRTH DATE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|
| M | U | 1979/04/05 | 505 | 150 | BROWN | BROWN |

STATE ID    BIRTH PLACE
NULL    MEXICO

CITIZENSHIP
MEXICO

| OTHER BIRTH DATES | SCARS-MARKS-TATTOOS | SOCIAL SECURITY | MISC NUMBERS |
|---|---|---|---|
| NONE | NONE | NONE | NONE |

ALIAS NAME(S)
NONE

No Mug Shot

| FINS: | 3086299 |
| Date: | 01/10/18 |
| Encounter ID: | 4561342014 |
| External System ID: | Other: E2008135000000080072 |
| Subject Id: | |
| Event Number: | |
| Activity Type: | Enforcement |
| Activity Reason: | ICE Historical Fingerprint Enrollment |
| Status Code: | Recidivist |
| Activity Organization: | DHS - ICE - HFE |

| Last Name: | VELOZ ALONSO |
| First Name: | CESAR |
| Middle Name: | |

| Gender: | M | Date of Birth: | 04/05/79 |
| Height: | 69 in | Weight: | 160 lbs |
| Eye Color: | BRO | Hair Color: | BLK |
| Race: | White | Country of Birth: | |

Countries of Citizenship: Mexico

Aliases:

| Last Name | First Name | Middle Name |
| --- | --- | --- |

Scars & Marks:

| Code | Name | Description |
| --- | --- | --- |

ID Numbers:

| Type | Number |
| --- | --- |
| FBI # | 788455KB0 |
| Alien # | |
| State ID | |

Documents:

| Type | Number | Country | Issue Date | Expiration Date |
| --- | --- | --- | --- | --- |

Alerts:

| Type | Valid Until | Requestor | Text |
| --- | --- | --- | --- |

Apprehensions:

| Type | Method | Location | Date | Agent | Status | Length |
| --- | --- | --- | --- | --- | --- | --- |

Comments: This ICE historical fingerprint enrollment was ingested after the original date of encounter or apprehension, based on an existing DHS record provided by the FBI.

No Mug Shot

| FINS: | 3086299 |
|---|---|
| Date: | 06/24/17 |
| Encounter ID: | 4307408579 |
| External System ID: | Other: E2009276000000100771 |
| Subject Id: | |
| Event Number: | |
| Activity Type: | Enforcement |
| Activity Reason: | CBP Border Patrol Historical Fingerprint Enrollment |
| Status Code: | Recidivist |
| Activity Organization: | DHS - APPREHEND |

| Last Name: | VELOZ-ALONSO |
|---|---|
| First Name: | CESAR |
| Middle Name: | |

| Gender: | M | Date of Birth: | 04/05/79 |
|---|---|---|---|
| Height: | 67 in | Weight: | 145 lbs |
| Eye Color: | BRO | Hair Color: | BLK |
| Race: | White | Country of Birth: | |

**Countries of Citizenship:** Mexico

Aliases:

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

Scars & Marks:

| Code | Name | Description |
|---|---|---|
| | | |

ID Numbers:

| Type | Number |
|---|---|
| Alien # | 077457922 |
| FBI # | 788455KB0 |
| State ID | |

Documents:

| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Alerts:

| Type | Valid Until | Requestor | Text |
|---|---|---|---|
| | | | |

Apprehensions:

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| | | | | | | |

**Comments:** This CBP Office of Border Patrol historical fingerprint enrollment was ingested after the original date of encounter or apprehension, based on an existing DHS enforcement record provided by the FBI.

**No Mug Shot**

| FINS: | 3086299 |
|---|---|
| Date: | 10/03/09 |
| Encounter ID: | 79422937 |
| External System ID: | EnforceCivld: 86441616 <br> IdentTid: CBERP002100309190354 |
| Subject Id: | 281542870 |
| Event Number: | ERP1010000004 |
| Activity Type: | Enforcement |
| Activity Reason: | |
| Status Code: | Recidivist |
| Activity Organization: | DHS - APPREHEND |

| Last Name: | VELOZ-ALONSO |
|---|---|
| First Name: | CESAR |
| Middle Name: | |

| Gender: | M | Date of Birth: | 04/05/79 |
|---|---|---|---|
| Height: | | Weight: | |
| Eye Color: | | Hair Color: | |
| Race: | | Country of Birth: | |

**Countries of Citizenship:**

**Aliases:**

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

**Scars & Marks:**

| Code | Name | Description |
|---|---|---|
| | | |

**ID Numbers:**

| Type | Number |
|---|---|
| Alien # | |
| FBI # | |
| State ID | |

**Documents:**

| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

**Alerts:**

| Type | Valid Until | Requestor | Text |
|---|---|---|---|
| | | | |

**Apprehensions:**

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| RECID | O | At LAR | 10/03/09 | | PWAM | |

**Comments:**

No Mug Shot

| FINS: | 3086299 |
| Date: | 05/14/08 |
| Encounter ID: | 74827524 |
| External System ID: | EnforceCivld: 77976373<br>IdentTid: EICLE107051408130122 |
| Subject Id: | 273078657 |
| Event Number: | CLE0805000261 |
| Activity Type: | Enforcement |
| Activity Reason: | |
| Status Code: | Recidivist |
| Activity Organization: | DHS - APPREHEND |

| Last Name: | VELOZ ALONSO |
| First Name: | CESAR |
| Middle Name: | |

| Gender: | M | Date of Birth: | 04/05/79 |
| Height: | | Weight: | |
| Eye Color: | | Hair Color: | |
| Race: | | Country of Birth: | |

Countries of Citizenship:

Aliases:

| Last Name | First Name | Middle Name |
| --- | --- | --- |
| | | |

Scars & Marks:

| Code | Name | Description |
| --- | --- | --- |
| | | |

ID Numbers:

| Type | Number |
| --- | --- |
| Alien # | 077457922 |
| FBI # | |
| State ID | |

Documents:

| Type | Number | Country | Issue Date | Expiration Date |
| --- | --- | --- | --- | --- |
| | | | | |

Alerts:

| Type | Valid Until | Requestor | Text |
| --- | --- | --- | --- |
| | | | |

Apprehensions:

| Type | Method | Location | Date | Agent | Status | Length |
| --- | --- | --- | --- | --- | --- | --- |
| RECID | CLC | At UNK | 05/14/08 | SEREVITCH, RYAN J | PWAM | OVER1 |

Comments: NOTE: Comment text may be incomplete. Refer to ENFORCE Event ID# CLE0805000261 for details. On May 13, 2008 subject was encountered by the Mentor, Ohio Police Department for No Operator's License. Subject was sentenced to time served and was subsequently turned over to ICE custody on May 14, 2008. Subject was transported to the ICE/DRO office in Cleveland, OH for processing.Subject is a native and citizen of Mexico by virtue of admitted birth.Subject was previously issued an Expedited Removal on June 1, 1999 and was removed on that same date through Lincoln/Juarez POE, Laredo, Texas by foot.Subject claims to have entered the United States on or about July 2005 at or near Nogales,Arizona, on foot without being inspected by an immigration officer.Subject has no applications or petitions pending with the service. Subject claims no prior military service. Subject appears to be in good health. Subject was read his rights and acknowledged that he understood them.  Subject

No Mug Shot

| FINS: | 3086299 |
|---|---|
| Date: | 06/10/99 |
| Encounter ID: | 6142516 |
| External System ID: | Barcode: 10P484988 |
| Subject Id: | |
| Event Number: | |
| Activity Type: | Enforcement |
| Activity Reason: | |
| Status Code: | Recidivist |
| Activity Organization: | DHS - US-VISIT - BSC |

| Last Name: | VELOZ |
|---|---|
| First Name: | ALONSO |
| Middle Name: | CESAR |

| Gender: | M | Date of Birth: | 04/05/79 |
|---|---|---|---|
| Height: | 69 in | Weight: | 145 lbs |
| Eye Color: | BRO | Hair Color: | BLK |
| Race: | White | Country of Birth: | |

**Countries of Citizenship:**

**Aliases:**

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

**Scars & Marks:**

| Code | Name | Description |
|---|---|---|
| | | |

**ID Numbers:**

| Type | Number |
|---|---|
| Alien # | 077457922 |
| FBI # | |
| State ID | |

**Documents:**

| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

**Alerts:**

| Type | Valid Until | Requestor | Text |
|---|---|---|---|
| | | | |

**Apprehensions:**

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| DHS-BSC | | FDL | 05/23/99 | | | |

**Comments:**

No Mug Shot

| | |
|---|---|
| FINS: | 3086299 |
| Date: | 06/01/99 |
| Encounter ID: | 6070032 |
| External System ID: | IdentTid: IDLLB003060199120435 |
| Subject Id: | |
| Event Number: | |
| Activity Type: | Enforcement |
| Activity Reason: | |
| Status Code: | Alert |
| Activity Organization: | DHS - APPREHEND |

| | |
|---|---|
| Last Name: | VELOZ ALONSO |
| First Name: | CESAR |
| Middle Name: | |

| | | | |
|---|---|---|---|
| Gender: | M | Date of Birth: | 04/05/79 |
| Height: | | Weight: | |
| Eye Color: | | Hair Color: | |
| Race: | | Country of Birth: | |

Countries of Citizenship:

Aliases:

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

Scars & Marks:

| Code | Name | Description |
|---|---|---|
| | | |

ID Numbers:

| Type | Number |
|---|---|
| Alien # | 77457922 |
| FBI # | |
| State ID | |

Documents:

| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

Alerts:

| Type | Valid Until | Requestor | Text |
|---|---|---|---|
| Removed Alien Alert - Removed Alien (Final Order | 01/01/99 | USVI_4627 | This removal alert is based on information obtained from the Enforcement Alien Removal Module (EARM). Do not perform any enforcement action based solely on this removal alert. |

Apprehensions:

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| RECID | ISP | LAREDO POE # 2 | 06/01/99 | SALAZAR, RYAN J | CFT | AE |

Comments: Counterfeit I-551 Expedited removal

| FINS: | 3086299 |
|---|---|
| Date: | 10/01/97 |
| Encounter ID: | 2187343 |
| External System ID: | Barcode: 10P246714 |
| Subject Id: | |
| Event Number: | |
| Activity Type: | Enforcement |
| Activity Reason: | |
| Status Code: | Recidivist |
| Activity Organization: | DHS - US-VISIT - BSC |

| Last Name: | VELEZ ALONSO |
|---|---|
| First Name: | CESAR |
| Middle Name: | |

| Gender: | M | Date of Birth: | 04/05/75 |
|---|---|---|---|
| Height: | 71 in | Weight: | 150 lbs |
| Eye Color: | BRO | Hair Color: | BLK |
| Race: | White | Country of Birth: | |

**Countries of Citizenship:**

**Aliases:**

| Last Name | First Name | Middle Name |
|---|---|---|
| | | |

**Scars & Marks:**

| Code | Name | Description |
|---|---|---|
| | | |

**ID Numbers:**

| Type | Number |
|---|---|
| Alien # | 074738533 |
| FBI # | |
| State ID | |

**Documents:**

| Type | Number | Country | Issue Date | Expiration Date |
|---|---|---|---|---|
| | | | | |

**Alerts:**

| Type | Valid Until | Requestor | Text |
|---|---|---|---|
| | | | |

**Apprehensions:**

| Type | Method | Location | Date | Agent | Status | Length |
|---|---|---|---|---|---|---|
| DHS-BSC | | FDL | 08/28/97 | | | |

**Comments:**

  

# No candidate found for the below searched subject.

**Type:** ABISL
**ID:** 3784215
**Start:** 11:17:43 AM 06/14/2018
**End:** 11:23:41 AM 06/14/2018
**Duration:** 00:05:58

**Last Name:** VELOZ-ALONSO
**First Name:** CESAR
**Middle Name:** N/A
**Gender:** M   **Date of Birth:** 1979-04-05

| LEAVE BLANK | CRIMINAL | | | (STAPLE HERE) | | | LEAVE BLANK |
|---|---|---|---|---|---|---|---|

STATE USAGE

NFF SECOND

SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

FD-249 (Rev. 5-15-17)   1110-0046

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

VELOZ-ALONSO, CESAR

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.

LEAVE BLANK

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX
MENDOZA-Nunez, Juan

| UNIVERSAL CONTROL NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH | MM | DD | YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 788455KB0 | | | 04 | 05 | 79 | M | U | 5'5 | 150 | BRO | BLK |

R.THUMB

2. R. INDEX

3. R. MIDDLE

4. R. RING

5. R. LITTLE

6. L THUMB

7. L INDEX

8. L. MIDDLE

9. L. RING

10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

L. THUMB

R. THUMB

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

## FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
### CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV  26306

The FBI's acquisition, preservation, and exchange of identification information is generally authorized under 28 USC 534.  This FD-249 is to be used for criminal justice purposes, such as incident to arrests and incarcerations.  The Applicant form (FD-258) contains applicable Paperwork Reduction Act and Privacy Act notices and should be used for noncriminal justice purposes.  "A Social Security Account Number (SSAN) is helpful to keep records accurate because other people may have the same name and birth date.  Pursuant to the Federal Privacy Act of 1974 (5 USC 552a), any Federal, State, or local government agency which requests an individual to disclose his/her SSAN is responsible for informing the person whether disclosure is mandatory or voluntary, by what statutory or other authority the SSAN is solicited, and what uses will be made of it."

| JUVENILE FINGERPRINT | DATE OF ARREST | ORI  OHIC20100 |
|---|---|---|
| SUBMISSION          YES ☐ | MM  DD  YY | CONTRIBUTOR |
| | 06  14  18 | ADDRESS    North East Ohio Correctional Center  2240 Hubbard Rd.  Youngstown, OH 44505 |
| TREAT AS ADULT      YES ☐ | | REPLY      YES ☐  DESIRED? |

| SEND COPY TO:  (ENTER ORI) | DATE OF OFFENSE  MM  DD  YY | PLACE OF BIRTH (STATE OR COUNTRY)  MEXICO | COUNTRY OF CITIZENSHIP  MEXICO |
|---|---|---|---|

| MISCELLANEOUS NUMBERS  ALIEN-074738533 | SCARS, MARKS, TATTOOS, AND AMPUTATIONS  TAT BACK - tattoo on right shoulderblade  TAT R SHLD - tattoo | | |
|---|---|---|---|

| | RESIDENCE/COMPLETE ADDRESS  Geauga Co Jail 12450 Merritt Rd | CITY  Charden | STATE |
|---|---|---|---|

| OFFICIAL TAKING FINGERPRINTS  (NAME OR NUMBER)  ROBERTS, G 6994 | LOCAL IDENTIFICATION/REFERENCE  CLE180600004B | PHOTO AVAILABLE?      YES ☑ |
|---|---|---|
| | | PALM PRINTS TAKEN?     YES ☐ |

| EMPLOYER:    IF U.S. GOVERNMENT, INDICATE SPECIFIC AGENCY.  IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO.  Bob | OCCUPATION  Roofing |
|---|---|

| CHARGE/CITATION  1.  8 USC 1182 - ALIEN INADMISSIBILITY UNDER SECTION 212. | DISPOSITION  1.  Pending |
|---|---|
| 2. | 2. |
| 3. | 3. |
| ADDITIONAL | ADDITIONAL |
| ADDITIONAL INFORMATION/BASIS FOR CAUTION | STATE BUREAU STAMP |

**St. Mary Church**
242 North State Street
Painesville, Ohio 44077
Telephone 440-354-4381 Fax 440-354-9174

June 20, 2018

To Whom It May Concern,

I, Rev. Christopher Joseph Zerucha, citizen of the United States of America, am writing to you to testify to my understanding of Cesar Veloz Alonso. I hope that this letter serves as some sort of evidence and testimony to Cesar's character and demonstrates his presence and positive contribution to our community.

Cesar seems to be a good person and he does not seem to have had any problems with the law during the years that he has lived in the Painesville area. In the community, Cesar is seen as a kind and responsible person. I see him and his family at church every weekend. He and his family are always peaceable people and enjoy participating in our community activities. Cesar first arrived in Ohio in 1997 and he and his family currently live at                                                  17.

Cesar and his wife, SanJuana (Cabrera), have received many sacraments at St. Mary's! They themselves received the sacrament of Holy Matrimony on 12-12-15. Their oldest son, named         is well, was baptized here on 5-11-02, received First Holy Communion on 5-9-10 and received Confirmation on 11-21-15. Their second oldest son,         , was baptized here on 01-6-07 and received First Holy Communion on 5-9-15. Their youngest son, _____     lro, was baptized here on 8-8-09 and received First Holy Communion here on 5-6-17.

I continue to pray for a most just world, respect for each person, justice tempered with mercy and comprehensive immigration reform in our country. I hope you do the same. I hope that this letter serves its purpose, and I would be happy to answer any further questions you may have via telephone: ____ __ _____ hank you for your time and concern.

Sincerely,

*Father Chris Zerucha*

Father Chris Zerucha, Parochial Vicar
St. Mary Catholic Church
Painesville, Ohio

From:  Bob and Nancy Heinz

      Heinz Construction and Exterior Remodeling

      7350 Pinehill Road

      Painesville, OH 44077

To:  Federal Judges of the United States

     of America

     Unites States Department of Immigration, ICE

June 30, 2018

This letter is in reference to Cesar Veloz Alonzo number 077457922.

Cesar was apprehended earlier in June, by ICE after being stopped for a traffic violation. During his arrest he was upfront and honest with the officers.

Cesar has been working for our company, Heinz Construction for approximately 13 years on and off. During this time, we have had many conversations and we have watched him grow into a loving husband and father. When Cesar was working for us, he always came early if possible. The times he came just on time were because he needed to take his children to daycare or later, school, as his wife was already at work. Since he was being a responsible parent, we had no problem with this. He never just sat around. When we were waiting on other employees he would grab the blower and blow around our property. He would organize the trucks. He worked very hard and very seriously. There are tests the our supplier, CertainTeed, gives so that our company can offer extended warranties and Cesar

always took and passed these tests.

When he was not working he would be doing things with his kids, coaching soccer, or having family parties. He is very proud of his family and his roots in Mexico. They still celebrate the traditional milestones of their Mexican culture. Cesar loves to make ice cream and will stay up into the wee hours to make ice cream for his kids schools, parties and friends. The principal of Harvey High School in Painesville asked him to make ice cream for graduation and he did. He is very generous and most of the time he made ice cream at his own expense.

We realize that the laws say he should not be here and our country does need to control our borders and who comes in. Cesar came here at a different time in our history and has made the "American Dream" part of his life through very hard work. Now this dream is fading.

From the start we have wanted to post bond for Cesar so that he can be productive; working to support his family. He is the top skilled trades person on our crew. We employ up to 14 people and sorry to say that the local, anglos that apply to us for jobs do not have drivers licenses, usually suspended; can't spell; have no skills; usually have the Department of Job and Family Services after them, for child support or fraud; and don't want to learn anything.

The law says he is a flight risk. Where would he go? Mexico? He has a house, wife and children..........and a job.his being deported would creat severe hardship in his family.

We ask that if there is any way he can be released to his family, to his job, to his life as it was, that you find this way for him. Put a tracking device on if needed.

We know that had this been 5 years ago, 10 years ago, things were different. We, as a country need to get this fixed, so families of hard working people, who are not criminals don't get torn apart and can honestly claim their citizenship. We need to address those of the past and help make them legal and create a system to welcome new productive people to America.

Thank you for your time.

Sincerely,

Bob & Nancy Heinz

Sworn to before me and subscribed in my presence this 2nd day of July, 2018.

Laura L. Schiffbauer
Notary Public - Ohio
My Commission Expires
Sept. 11, 2021

Ms. Ana B. Padilla

1086 N. St. Clair Street

Painesville, Ohio 44077

Paraprofessional Maple Elementary School

June 27, 2018

To Whom It May Concern:

My name is Ana Padilla, I am a Paraprofessional at Maple Elementary School in Painesville. Ohio. I am writing on behalf of Mr. Cesar Veloz Alonso who lives                    Painesville, Ohio.  He is married to Sanjuana Cabrera Flores and has three American citizen children, C  r                             . I have known Mr. Veloz from school and all related activities. Since I met Mr. Veloz he has taken an active role in his Children's education; volunteering in field trips, attending parent teacher conferences, participating in the WATCH DOGS (Dads Of Great Students) program. He makes delicious ice cream that he has provided for our school fund raisers. His dedication to his family is apparent as he takes pride in the educational success of his children at the same time that he carries a full time job to provide for his family.

Mr. Veloz has added to the improvement of Painesville City:  He has taken a neglected dwelling and transformed it into a beautiful home where he nurtures and grows his family.

It has been my pleasure and privilege to known Mr. Veloz as he known to be hard working men that has thrived to provide for his family's wellbeing and education. Deporting him will be detrimental loss to his family and to our vibrant community.  I ask you that you please consider discretion in his case to allow Mr. Cesar Veloz Alonso to continue help his family and school.

If you have any further questions don't hesitate contact me at my home address or you can call me at 440- 231-2125.

Respectfully Submitted,

Ms. Ana B. Padilla

To Whom it May Concern,

My name is Pat Isabella and I am writing this letter in reference to Cesar Veloz.  Mr. Veloz is the father of one of my students, Joshua.  Joshua has been a student at Maple Elementary since kindergarten and in addition to his regular studies he also participated in the English Language Learner program, in which he excited in the 2nd grade.  For most students it takes many years to achieve this, but Joshua did it in 3.  Along with the caring and supportive teachers who have worked with Joshua, I attribute his educational success to his parents.  They have been very involved in his education, making sure he is at school on a regular basis, that his work is done, and attending conferences and other school functions in which they participated. Mr. Veloz has been particularly committed, contributing not only his time but money as well.  His work with others to help sustain a positive and inclusive school culture truly makes a difference, not just for his students but for all students.   It is fathers like this that we as educators hope for, appreciate and need desperately.   If Mr. Veloz were to be removed from his family unit it would not only be an extreme hardship for them on many levels, it would be a travesty for many.  As a society, we want and need quality people, and Mr, Veloz is just that. He has been a role model not only for his children, but to others in his community who aspire to be productive citizens wanting to make a difference. So, for the sake of his family, his children, and the community, please allow Mr. Veloz to remain with them.  If you have any questions I can be reached at                  or by email _____         ___            1. Thank you for your consideration.


Sincerely,
Pat Isabella
ELD Teacher, Maple Elementary

To the Honorable Judge of Geauga County          6-27-18

My name is Ronald J Morgan. I have known Cesar Veloz for 20 + years and have worked with him on hundreds of roofing projects thru out Northeast Ohio.

I was surprised to learn of his legal status however I have only known him to be an honest hard working and reliable person of integrity. He is married, father of 3 children and a home owner in Painesville.

He has been a faithful parishoner of St Marys parish in Painesville where his children have been baptized, confirmed and have received their first holy communion. He was also married at St. Marys.

I am proud of our country and I love my nation and her laws. I am grateful to have been born here. My son & Daughter have both served in the Army. I pray our immigration problems will be solved soon.

I also pray that while the immigration issues are un folding and being addressed you sir, grant Cesar leniency and alow him to post bond and be released so he can support his family as he has always.

Thank you Sir for this consideration

Sincerly
Ronald J Morgan

# Marriage License

NOT VALID After Sixty Days from Date

The State of Ohio, Lake County

TO ANY PERSON LEGALLY AUTHORIZED TO SOLEMNIZE MARRIAGES IN THE STATE OF OHIO:

*I, the undersigned,*

## MARK J. BARTOLOTTA

*Judge of the Court of Common Pleas, Probate Division within and for the County and State aforesaid, have* **LICENSED,** *and do hereby License and Authorize*

### CESAR VELOZ ALONSO

*and*

### SANJUANA CABRERA FLORES

*to be joined in* **MARRIAGE.**

**IN WITNESS WHEREOF,** *I have hereunto subscribed my name and affixed the seal of said Court, at Painesville, Ohio this* ___1st___ *day of* ___December___ 2015

MARK J. BARTOLOTTA
Judge

By ___Teresa O. Corbin___
Deputy Clerk

The above marriage was solemnized by me this ___12th___ day of ___DECEMBER___ 20 _15_
at ___PAINESVILLE___ ___LAKE___ Ohio ___Rev. R. _____ Village___
(City)        (County)                              (Officiator)

From:  Bob and Nancy Heinz

Heinz Construction and Exterior Remodeling

7350 Pinehill Road

Painesville, OH 44077

To:  Federal Judges of the United States

of America

Unites States Department of Immigration, ICE

June 30, 2018

This letter is in reference to Cesar Veloz Alonzo number 077457922.

Cesar was apprehended earlier in June, by ICE after being stopped for a traffic violation . During his arrest he was upfront and honest with the officers.

Cesar has been working for our company, Heinz Construction for approximately 13 years on and off. During this time, we have had many conversations and we have watched him grow into a loving husband and father. When Cesar was working for us, he always came early if possible. The times he came just on time were because he needed to take his children to daycare or later, school, as his wife was already at work. Since he was being a responsible parent, we had no problem with this. He never just sat around. When we were waiting on other employees he would grab the blower and blow around our property. He would organize the trucks. He worked very hard and very seriously. There are tests the our supplier, CertainTeed, gives so that our company can offer extended warranties and Cesar

always took and passed these tests.

When he was not working he would be doing things with his kids, coaching soccer, or having family parties. He is very proud of his family and his roots in Mexico. They still celebrate the traditional milestones of their Mexican culture. Cesar loves to make ice cream and will stay up into the wee hours to make ice cream for his kids schools, parties and friends. The principal of Harvey High School in Painesville asked him to make ice cream for graduation and he did. He is very generous and most of the time he made ice cream at his own expense.

We realize that the laws say he should not be here and our country does need to control our borders and who comes in. Cesar came here at a different time in our history and has made the "American Dream" part of his life through very hard work. Now this dream is fading.

From the start we have wanted to post bond for Cesar so that he can be productive; working to support his family. He is the top skilled trades person on our crew. We employ up to 14 people and sorry to say that the local, anglos that apply to us for jobs do not have drivers licenses, usually suspended; can't spell; have no skills; usually have the Department of Job and Family Services after them, for child support or fraud; and don't want to learn anything.

The law says he is a flight risk. Where would he go? Mexico? He has a house, wife and children..........and a job.his being deported would creat severe hardship in his family.

We ask that if there is any way he can be released to his family, to his job, to his life as it was, that you find this way for him. Put a tracking device on if needed.

We know that had this been 5 years ago, 10 years ago, things were different. We, as a country need to get this fixed, so families of hard working people, who are not criminals don't get torn apart and can honestly claim their citizenship. We need to address those of the past and help make them legal and create a system to welcome new productive people to America.


Thank you for your time.


Sincerely,

Bob & Nancy Heinz

Sworn to before me and subscribed in my presence this 2nd day of July, 2018.

Laura L Schiffbauer
Notary Public - Ohio
My Commission Expires
Sept. 11, 2021

Laura L. Schiffbauer

Ms. Ana B. Padilla

1086 N. St. Clair Street

Painesville, Ohio 44077

Paraprofessional Maple Elementary School

June 27, 2018

To Whom It May Concern:

My name is Ana Padilla, I am a Paraprofessional at Maple Elementary School in Painesville, Ohio. I am writing on behalf of Mr. Cesar Veloz Alonso who lives 190 E. Jackson Street in Painesville, Ohio. He is married to Sanjuana Cabrera Flores and has three American citizen children, Cesar 16, Isaac 11 and, Joshua 9. I have known Mr. Veloz from school and all related activities.  Since I met Mr. Veloz he has taken an active role in his Children's education; volunteering in field trips, attending parent teacher conferences, participating in the WATCH DOGS (Dads Of Great Students) program. He makes delicious ice cream that he has provided for our school fund raisers. His dedication to his family is apparent as he takes pride in the educational success of his children at the same time that he carries a full time job to provide for his family.

Mr. Veloz has added to the improvement of Painesville City.  He has taken a neglected dwelling and transformed it into a beautiful home where he nurtures and grows his family.

It has been my pleasure and privilege to known Mr. Veloz as he known to be hard working men that has thrived to provide for his family's wellbeing and education. Deporting him will be detrimental loss to his family and to our vibrant community.  I ask you that you please consider discretion in his case to allow Mr. Cesar Veloz Alonso to continue help his family and school.

If you have any further questions don't hesitate contact me at my home address or you can call me at 440- 231-2125.

Respectfully Submitted,

Ms. Ana B. Padilla

Estamos restando fondos y cobrando un cargo por cheque devuelto de su cuenta que termina en 0858.

Estimado(a) SANJUANA CABRERA FLORES,
Se ha devuelto un cheque sin pagar previamente depositado en su cuenta.

Asesoramiento = 107134
SANJUANA CABRERA FLORES
OR CESAR VELOZ
190 E JACKSON ST
PAINESVILLE OH  44077-4005

| Motivo de la devolucion | Fecha de depósito | N. de secuencia interna | Cantidad de la partida |
|---|---|---|---|
| Account Closed | 03/26/2018 | | $840.00 |
| La cuenta con la cual se libró el cheque está cerrada. | | | |

1 Total de cheques cobrados:     $840.00
Total de cargos por cheques devueltos:   $12.00

*$852.00*

Hemos recibido el cheque del banco pagador y:
  - Restaremos la cantidad del cheque devuelto previamente depositado
  - Cobraremos un cargo por cheque devuelto a su cuenta de $12.00 por cada cheque sin pagar, y
  - Adjuntaremos una copia legal del cheque original que se podrá utilizar en lugar del cheque original.
Si tiene alguna pregunta, llámenos al 800-935-9935. Gracias por elegir a Chase.

Atentamente,
Misty D. Hall                                                                 EXC2SP
Director Ejecutivo                                        JPMorgan Chase Bank, Miembro de FDIC

*074909962*
03/27/2018
99014191

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON-D
CLOSED  ACCOUNT

538066427S   03/26/2018
[1119000057]

**CLOSED ACCOUNT**

1114

BIG CHIEF ROOFING LTD.

DATE 4/24/2018    28-2/440

PAY TO THE ORDER OF   Cesar Veloz                    $ 840-00

eight hundred forty dollars                          100 DOLLARS

CHASE ◆
JPMorgan Chase Bank, N.A.
www.Chase.com

FOR COVE on W 45th #1,300-$400(labor) + 60(material)

⑈001114⑈  ⑆044000037⑆       918223269⑈  ⑈000008400 0⑈

## Esperanza

"Mi esperanza está basada en nada menos que la sangre y la rectitud de Jesús" de The Solid Rock, escrita por Edward Mote

## 1. JESUCRISTO Y LA SALVACIÓN DE DIOS ES NUESTRA FUENTE DE ESPERANZA
1 Juan 5:12
Hebreos 6: 19-20
Hebreos 10:23
ROM. 8:31, 35-39
COLOM. 2: 12-13
Eph.

## 2. ESPERANZA EN EL SEÑOR EN TIEMPOS DE ADVERSIDAD
Salmo 31: 1-5, 24 - El SEÑOR es nuestra roca y fortaleza -
Salmo 42:11
Salmo 46: 1-3

## 3. ESPERANZA EN LA PALABRA DE DIOS
Salmo 119: 114, 116, 147
Salmo 130: 5
Gálatas 1: 5

## 4. COLOCAR ESPERANZA EN DIOS EN LUGAR DEL HOMBRE
Salmo 33: 16-22 –
Proverbios 11: 7 - Cuando los impíos mueren, todas sus esperanzas y ambiciones mueren con ellos.

## 5. LA ESPERANZA EN DIOS ES UNA FUENTE DE BENDICION Y FRUTA ESPIRITUAL
Jeremías 17: 7-8

## 6. ESPERANZA FUTURA EN EL RETORNO DE JESÚS, LA VIDA ETERNA Y LOS CUERPOS DE RESURRECCIÓN
Romanos 8: 23-25
1 Thess. 2:19
Tito 1: 2 - Vida eterna
Tito 2:13 - 2da Venida

to the Honorable Judge of Cuyaga County

My name is César Veloz Alonso I would like an oportunity to offer in court. I was Deported in 1997. They put me and about 40 other People in front of a speaker. They asked all of us if we wanted to go to oar country and everyone yealled yeah yes. Someone signed my papers for me and I got deported Immediely after that, they didn't give me a chance to speak for myself because they didn't call us one By one...

After that I was Deported to mexico. I don't know what pappers the guy signed for me. I came Back to america Because my mother and father split up. While I was In america I met my wife and had 3 kids, I Have Bee Been Here 23 Years my kids are american citizens. I Help my community and participate in school programs for my kids

In 2009 I was driving. The police stopped me and deported me a week later I never saw an Immagration Judge. I saw a federal Judge once and He decided to deport me. I never had any problems drinking or drugs, steeling or fighting... I do what I'm supposed to do take care of my family I'm responsible and respect everyone

please look at my case in 1997, you're the only person who has the power to Re open Reopen mycase and Look into my files so I can see an Immagration judge

I love this country. I've made my family Here. America is my home my family needs me here... THANK YOU god BLESS you

I've Been in Cuyaga county Jail for 3 months and Haven't Been to court my kids Need me and they cry every day, without me I love them and they miss me.

Sonia, en tus manos y me lo dije ~~antes~~.
~~mis~~ aquiésas que sintas, ~~~~
Como quisiera que esta noche ~~noche~~ visiones
que me digieras que te extra a mi lado.
~~Sería esta noche~~ y me ~~tuerols~~.
y ~~~~ que tu tomas que me ~~~~ gies
mis pasos, Sonia tú que tas ~~~~ queres mi
Confianza ~~~~ te dije en ~~las~~ los menos
perdón te pido ~~esta noche~~
~~mele~~ ~~repinto~~ mi ~~~~ he
~~arrepentida~~ ~~~~ te exultas ~~~~
Esta mi pasa, que me ~~~~ ~~~~
~~Por~~ ~~~~ sola te pido por ~~~~
que cuides de mi Pamela



**INSTITUTO FEDERAL ELECTORAL**
REGISTRO FEDERAL DE ELECTORES
**CREDENCIAL PARA VOTAR**

NOMBRE
ALONSO
MORALES
ESPERANZA
DOMICILIO
C URRACA 103
COL JARDINES DE SAN SEBASTIAN 37459
LEON ,GTO.
FOLIO 0000014669848   AÑO DE REGISTRO 1991 00
CLAVE DE ELECTOR  ALMRES49011001M800
ESTADO  11   DISTRITO
MUNICIPIO 020   LOCALIDAD 0001   SECCION 1604

EDAD 56
SEXO M

LIC. LUIS GONZALEZ
ESTADOS UNIDOS M...
NOTARIA PUB...



**INSTITUTO FEDERAL ELECTORAL**
REGISTRO FEDERAL DE ELECTORES
**CREDENCIAL PARA VOTAR**

NOMBRE
VELOZ
ALONSO
LILIA MARGARITA
DOMICILIO
C URRACA 103
COL JARDINES DE SAN SEBAST 37459
LEON ,GTO.
FOLIO  119158902   AÑO DE REGISTRO 1998 01
CLAVE DE ELECTOR  VLALLL8G050311M300
ESTADO  11   DISTRITO
MUNICIPIO 020   LOCALIDAD 0001   SECCION 1604

EDAD 18
SEXO M



**INSTITUTO FEDERAL ELECTORAL**
REGISTRO FEDERAL DE ELECTORES
**CREDENCIAL PARA VOTAR**

NOMBRE
VELOZ
ALONSO
VIRGINIA ARACELI
DOMICILIO
C RIO AZUL 212
COL SAN NICOLAS 37478
LEON ,GTO.
FOLIO 0000085860820   AÑO DE REGISTRO 1993 02
CLAVE DE ELECTOR  VLALVR75042511M600
CURP
ESTADO  11   MUNICIPIO 020
LOCALIDAD 0001   SECCION 1553
EMISION 2008   VIGENCIA HASTA 2018

EDAD 33
SEXO M

FIRMA







# JUSTICE

**DOLE**

From Page 1

Arrest warrants were issued Thursday for Jesus Galvan Alcevedo, 23; Bernardino Ornela Medina, 24, and Martin B. Moctezuma, 19, all Mexican emigrants living in Painesville.

Police believe the men fled Painesville immediately after stopping their pickup truck on Kell Avenue and firing at a crowded Morse Avenue Park playground.

The suspects may be in Detroit or on their way back to Mexico, police said. When last seen, they were driving west on Route 2 in a tan 1982 Chevrolet pickup truck.

Witnesses say each man was armed. But only 10 shell casings recovered from around the playground, said Painesville Detective Robert Sayer.

The shots, fired just before dusk, came without warning and hit more than 15 teens and young adults scurrying for cover.

Juan Cabrera, 26, of Painesville, was gunned down as he tried to elude the bullets, police said. He died of a single gunshot wound to the head. Police say Cabrera was the primary target of the gunmen.

Caught in the line of fire were Painesville residents Terry Gibson, 21, and Emily Fourquircan, 17.

Emily Fourquircan was shot in the right foot and was scheduled for surgery Thursday.

**Medina**



Gibson was shot in the right arm, was wounded to her right arm, was released from the hospital Thursday.

Gibson said he was playing a card game of spades at a picnic table with three friends when the gunfire broke out.

"I didn't see anything. I heard the gunshots, and they were a little too close so I dove to the ground," Gibson said from his hospital bed. "That's when I got hit in the foot.

"I really thought I was going to die. The bullets just kept coming, so I rolled from under the picnic table and onto the sidewalk. The whole thing was pretty messed up. Juan was a good guy."

Although police downplay the possibility of gang retaliation, Cabrera's brothers say the shooting was the work of Los Feos, a Mexican street gang with ties to emigrants living in Painesville.

The Cabrera brothers say they are not involved with any gang.

Rigo Cabrera, 22, said he fought with Alcevedo shortly before the three men returned with guns. The fight apparently damaged Alcevedo's "machismo," Rigo Cabrera said.

It was Juan Cabrera who stopped the fight. And it was Alcevedo whom police believe tracked down Cabrera and killed him.

**Alcevedo**



"(Alcevedo) left and said, 'I will see you later,'" Rigo Cabrera said. "I told Juan, let's go. He said, 'I'll hang here with the blacks.' I didn't think they'd come back with guns.

"But when they did come back, I think Juan became their target. It was revenge. A macho thing for losing the fist fight. I wasn't there, so they thought if they hurt Juan, they can hurt our whole family, I know if they saw me, they'd want to kill me."

Police are hesitant to acknowledge the existence of Mexican street gangs operating in Painesville. But two groups, Los Feos, which translates into, "The Uglies," and Los Locos, or "The Crazies," surfaced in another recent shooting.

The two groups butted heads at a wedding reception last December in Mentor. Jorge Orozco, 21, was shot by rival gang member, Eduardo Cortes. A Mentor police officer responding to the shooting then shot and killed Cortes, 26. Orozco survived the shooting.

**Moctezuma**



"There were comments made that (Wednesday's) shooting may be related to gang activity, but we're not able to substantiate that so far," Sayer said.

"Whether they were members of Los Feos or Los Locos, we don't know. I don't even know for sure if there are such gangs here."

The Cabreras plan to fly their brother home to Leon, Mexico, for burial. Besides five brothers, Juan Cabrera is survived by a daughter, two sisters and his mother.

elieve in merican ustice.'

Shooting victim Juan Cabrera

# for answers

**Time to remember and mourn:** Sergio Cabrera, left, and his brothers, Rigo, Jorge, and Vanancio, front, discuss the shooting death of their brother, Juan, 26. Two other people were injured in Wednesday's shooting at Morse Avenue Park.

Maribeth Joerlght/The News-Herald

# block's ace is attered

By Joe Milicia
ws-Herald Staff Writer

een-year-old Demonte was one of several peo- ticipating in a boxing Vednesday at a Paines- rk when gunfire broke

## WHERE THE CASE STANDS

■ Warrants have been issued for three suspects: Jesus Galvan Alcevedo, 23; Bernardino Ornela Medina, 24, and Martin B. Moctezuma, 19. **Suspects photos on Page 7.**

**Suspects photos on Page 7.**

■ The suspects were last seen heading

# Victim's brothers seek only justice

By Phil Trexler
News-Herald Staff Writer

The Cabrera brothers emigrated six-strong from Mexico searching for the promises of prosperity held in America.

But after a hail of gunfire unleashed Wednesday night in Painesville claimed one of their own, the five remaining brothers can return only poorer

■ **Community can't lose streets to terrorists** . . . . . . . . . . . . . . . . . . Page 10

what I feel right now.

"I know I can't get my brother back. But I cannot be angry. Killing someone will not bring Juan back. I believe in American justice. And I want justice for those guys who killed my brother so that this

Case: 1:18-cr-00464-JG Doc #: 8-1 Filed: 10/01/18 59 of 71. PageID #: 84

parte a los Autoridades correspondientes entregando en un lugar para ella desconocido, así como a la persona a quien le entregó el dinero exigido, no sin antes amenazarla también de que, si daría parte de lo anterior a las autoridades su hijo perdería la vida y que además si su hijo no cooperaba, desconociendo hasta ese momento de que se trataba, lo traerían en la mira.- - - - - - - - - - - - - - - -

**TERCERO.-** Que para acreditar los hechos anteriores, rinden testimonio las señoras **LILIA MARGARITA VELOZ ALONSO** y **VIRGINIA ARACELI VELOZ ALONSO**, quienes manifiestan bajo protesta de decir verdad, que saben y les consta, que los **HECHOS** que ha narrado la señora **ESPERANZA ALONSO MORALES** y que se dan por reproducidas para todos los efectos legales a que haya lugar, por haber sufrido la experiencia de saber que su hermano estaba secuestrado, que no podrían dar parte a las autoridades por que se podría poner en riesgo la vida de su hermanos, que saben y les consta, que la cantidad que dice su madre se pagó, es verdad, ya que ellas en unión de otros familiares cooperaron hasta reunir dicha cantidad. Y todo esto lo declaran, porque ellas como lo han señalado cooperaron para reunir la cantidad que les fue exigida como pago para el rescate de su hermano y les consta de la operación que llevaron a cabo y lo declaran para todos los efectos legales a que hubiere lugar, lo que se asienta para todos los efectos legales procedentes. - - - - - - - - - -
- - - - - - - - - - - - - - -**C E R T I F I C A C I O N:** - - - - - - - - - - - - - - -
**YO EL NOTARIO DOY FE Y CERTIFICO.-** - - - - - - - - - - - - - - -
**A ).-** De la certeza del presente acto.- - - - - - - - - - - - - - - - - - - - - - - - -
**B).-** De que el suscrito notario me cercioro de la identidad de los comparecientes, de conformidad con el articulo 76 fracción II, de la Ley del Notariado vigente para el Estado de Guanajuato, con las credenciales de elector, que en este acto me exhiben y doy fe de tener a la vista, copia de las mismas agrego al apéndice de ésta escritura, donde aparecen las fotos que coinciden con los rasgos faciales de las personas que están presentes y por sus generales dijeron ser: - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**LA SEÑORA ESPERANZA ALONSO MORALES,** de nacionalidad mexicana por nacimiento, mayor de edad, hábil para contratar y obligarse, nacida el día 10 diez del mes de Enero del año 1949 mil novecientos cuarenta y nueve, vecina de ésta ciudad, con domicilio en el número 103 ciento tres de la Calle Urraca de la Colonia Jardines de San Sebastián de ésta ciudad de León, Guanajuato, quien se identifica con credencial para votar del Instituto Federal Electoral, Folio número 0000014669848, Clave de Elector número ALMRES49011001M800.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**LA SEÑORA LILIA MARGARITA VELOZ ALONSO,** de nacionalidad mexicana por nacimiento, mayor de edad, hábil para contratar y obligarse, nacida el día 03 tres del mes de Mayo del año 1980 mil novecientos ochenta, originaria y vecina de ésta ciudad, con domicilio en el número 103 ciento tres de la Calle Urraca de la Colonia Jardines de San Sebastián en ésta ciudad de León, Guanajuato, quien se identifica con credencial para votar, del Instituto Federal Electoral, Folio número 119158902, Clave de Elector VLALLL80050311M300.--
**LA SEÑORA VIRGINIA ARACELI VELOZ ALONSO,** de nacionalidad

*Notaría Pública Número*

## Lic. Luís González Espinosa

*Portal Bravo # 2, Condominio Plaza, Despachos 519 y 520, Quinto Piso, de la Zona Peatonal*
*León, Guanajuato, México: Teléfonos: 01 477 7166966 y 7167984*

0000085860820, Clave de Elector VLALVR75042511M600- - - - - - - - - - - - - - -

Y declarando bajo protesta de decir verdad, que se encuentran exentas en el pago del Impuesto Sobre la Renta, lo que no me acreditan en éste acto, por lo que les hice saber las sanciones a que se hacen acreedoras las personas que declaran falsamente.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**C ).-** Que las transcripciones aquí hechas son el dicho de las comparecientes y las cuales me remito.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**D ).-** De que las comparecientes leyeron por sí mismos el texto de éste documento y manifestaron estar enterados de su contenido, valor y fuerza legal, e imprimiendo su huella dactilar de su pulgar derecho y firmando en unión y presencia del Suscrito Notario.- DOY FE.- - - - - - - - - - - - - - - - - - - - - -

En este acto se utilizaron los folios números 02838 al 02839 Cero dos mil ochocientos treinta y ocho al Cero dos mil ochocientos treinta y nueve.- DOY FE.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**SRA. ESPERANZA ALONSO MORALES.-** Esperanza Alonso.- Firmado.- **SRA. LILIA MARGARITA VELOZ ALONSO .-** Lilia Veloz.- Firmado.- **SRA. VIRGINIA VELOZ ALONSO.-** Una firma ilegible.- **LIC. LUÍS GONZÁLEZ ESPINOSA.-** NOTARIO PÚBLICO NÚMERO 31. GOEL – 330523F62.- FIRMA DEL NOTARIO Y SU SELLO DE AUTORIZAR.- DOY FE.- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - A U T O R I Z A C I O N .- - - - - - - - - - - - - - - - -

EN SEGUIDA SE AUTORIZA LO ANTERIOR, EN VIRTUD DE NO CAUSAR NINGÚN IMPUESTO.- FIRMA DEL NOTARIO Y SU SELLO DE AUTORIZAR.- DOY FE.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ES PRIMER TESTIMONIO, QUE SACO DE SU MATRIZ Y ORIGINALES RESPECTIVAS, PRIMERO EN EL ORDEN DE SU EXPEDICIÓN, CORREGIDO Y COTEJADO CONFORME A LA LEY, SE EXPIDE EN DOS FOJAS ÚTILES PARA USO DE PARTE INTERESADA EN LA CIUDAD DE LEÓN, ESTADO DE GUANAJUATO, REPUBLICA MEXICANA, SIENDO EL DIA 1°. PRIMERO DEL MES DE JUNIO DEL AÑO 2009 DOS MIL NUEVE.- DOY FE.- - - - - - - - - - - - - - - - - - - - - -

LIC. LUÍS GONZÁLEZ ESPINOSA
NOTARIO PÚBLICO NÚMERO
GOEL – 330523F62.

parte a los Autoridades correspondientes entregando en un lugar para ella desconocido, así como a la persona a quien le entregó el dinero exigido, no sin antes amenazarla también de que, si daría parte de lo anterior a las autoridades su hijo perdería la vida y que además si su hijo no cooperaba, desconociendo hasta ese momento de que se trataba, lo traerían en la mira.- - - - - - - - - - - - - - - - -

TERCERO.- Que para acreditar los hechos anteriores, rinden testimonio las señoras **LILIA MARGARITA VELOZ ALONSO** y **VIRGINIA ARACELI VELOZ ALONSO**, quienes manifiestan bajo protesta de decir verdad, que saben y les consta, que los **HECHOS** que ha narrado la señora **ESPERANZA ALONSO MORALES** y que se dan por reproducidas para todos los efectos legales a que haya lugar, por haber sufrido la experiencia de saber que su hermano estaba secuestrado, que no podrían dar parte a las autoridades por que se podría poner en riesgo la vida de su hermanos, que saben y les consta, que la cantidad que dice su madre se pagó, es verdad, ya que ellas en unión de otros familiares cooperaron hasta reunir dicha cantidad. Y todo esto lo declaran, porque ellas como lo han señalado cooperaron para reunir la cantidad que les fue exigida como pago para el rescate de su hermano y les consta de la operación que llevaron a cabo y lo declaran para todos los efectos legales a que hubiere lugar, lo que se asienta para todos los efectos legales procedentes. - - - - - - - - - -
- - - - - - - - - - - - - - - C E R T I F I C A C I O N: - - - - - - - - - - - - - - -

**YO EL NOTARIO DOY FE Y CERTIFICO.-** - - - - - - - - - - - - - - - - - - -

A ).- De la certeza del presente acto.- - - - - - - - - - - - - - - - - - - - - - - - - -

B).- De que el suscrito notario me cercioro de la identidad de los comparecientes, de conformidad con el artículo 76 fracción II, de la Ley del Notariado vigente para el Estado de Guanajuato, con las credenciales de elector, que en este acto me exhiben y doy fe de tener a la vista, copia de las mismas agrego al apéndice de ésta escritura, donde aparecen las fotos que coinciden con los rasgos faciales de las personas que están presentes y por sus generales dijeron ser: - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**LA SEÑORA ESPERANZA ALONSO MORALES,** de nacionalidad mexicana por nacimiento, mayor de edad, hábil para contratar y obligarse, nacida el día 10 diez del mes de Enero del año 1949 mil novecientos cuarenta y nueve, vecina de ésta ciudad, con domicilio en el número 103 ciento tres de la Calle Urraca de la Colonia Jardines de San Sebastián de ésta ciudad de León, Guanajuato, quien se identifica con credencial para votar del Instituto Federal Electoral, Folio número 0000014669848, Clave de Elector número ALMRES49011001M800.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**LA SEÑORA LILIA MARGARITA VELOZ ALONSO,** de nacionalidad mexicana por nacimiento, mayor de edad, hábil para contratar y obligarse, nacida el día 03 tres del mes de Mayo del año 1980 mil novecientos ochenta, originaria y vecina de ésta ciudad, con domicilio en el número 103 ciento tres de la Calle Urraca de la Colonia Jardines de San Sebastián en ésta ciudad de León, Guanajuato, quien se identifica con credencial para votar, del Instituto Federal Electoral, Folio número 119158902, Clave de Elector VLALLL80050311M300.--

## Immigration and Customs Enforcement (ICE)
## Inmate Communication "KITE"

| From: (Alien's Name):<br>César Veloz Alonso | Alien File Number (A Number):<br>#A: 077457922 | Jail Location:<br>GEAUGA COUNTY JAIL<br>12450 MERRITT ROAD<br>CHARDON, OHIO. 44024 |
|---|---|---|

Request (Circle One):

1. Immigration Court Information
2. Bond Information
3. Deportation Information
4. Family / Friend Contact for Baggage Drop-off
5. Travel Document Request or Passport Information
6. Health and Wellness Concern

Request Description:

I hope that this letter serves as some
sort of evidence and testimony to César's
character and demonstrates his presence and
positive contribution to our comunity.

Answer to Alien:

| Received by Deputy/Officer: | Action Taken:<br>Answered / Forwarded to DO | Date:<br>/ / |
|---|---|---|
| Received by Deport Officer – DO | Action Taken:<br>Answered / Requested More Info /<br>Forward to SDDO | Date:<br>/ / |
| Received by Supervisor –SDDO | Action Taken:<br>Answered / Requested More Info | Date:<br>/ / |

FAX to



*Notaria Publica Numero 31*

*Lic. Luís González Espinosa*

Portal Bravo #2, Condominio Plaza, Despachos 519 y 520, Quinto Piso, de la Zona Peatonal
León, Guanajuato, México; Teléfonos: 01 477 7163866 y 7167336

----------------------VOLUMEN XVII----------------------
ESCRITURA PUBLICA NUMERO 1,790 MIL SETECIENTOS
NOVENTA.-------------------------------------------------
En la Ciudad de León, Estado de Guanajuato, República Mexicana siendo las
18:30 dieciocho horas treinta minutos del día 1°. Primero del mes de Junio del
año 2009 dos mil nueve, YO, LICENCIADO LUÍS GONZÁLEZ
ESPINOSA, TITULAR DE LA NOTARÍA PÚBLICA NUMERO 31
TREINTA Y UNO, CON DOMICILIO EN LOS DESPACHOS
NUMERO 519 Y 520 QUINIENTOS DIECINUEVE Y QUINIENTOS
VEINTE, QUINTO PISO DEL EDIFICIO PLAZA, UBICADO EN
PORTAL BRAVO NUMERO 2 ZONA CENTRO DE ESTA CIUDAD,
EN LEGAL EJERCICIO EN ESTE PARTIDO JUDICIAL - - - - - - - - - -
- - - - - - - - - - - - - - - HAGO CONSTAR:- - - - - - - - - - - - - - - - - - -
Que ante mí comparecen la señora ESPERANZA ALONSO MORALES, en
su carácter de SOLICITANTE, las Señoras LILIA MARGARITA VELOZ
ALONSO y VIRGINIA ARACELI VELOZ ALONSO, por su propio
derecho, en su carácter de TESTIGOS y DIJERON: Que solicitan del
Suscrito Notario proceda a dar FE DE HECHOS, que me narran y recabe
Información Testimonial respecto de los mismos y para tal efecto declaran los
siguientes:- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - - - H E C H O S: - - - - - - - - - - - - - - -
PRIMERO.- Declara la Señora ESPERANZA ALONSO MORALES, que
es madre entre otros: de su hijo quien a la fecha es mayor de edad y responde al
nombre de RICARDO VELOZ ALONSO. - - - - - - - - - - - - - - - - - - - - -
SEGUNDO.- Que bajo protesta de decir verdad manifiesta: que su hijo cuyo
nombre se ha señalado, se vio en la necesidad de emigrar a los Estados Unidos
de Norteamérica, con motivo de los hechos que sucedieron el día 14 catorce de
Diciembre del año 2008, en San Francisco del Rincón, Guanajuato y que fueron
los siguientes: En San Francisco del Rincón, Guanajuato, se acostumbra
generalmente por diversión, organizar Peleas de Gallos, entre los Granjeros de
las Rancherías de ese Municipio, el día 14 de Diciembre del año 2008 dos mil
ocho, acudieron RICARDO VELOZ ALONSO con alguno amigos, a una
PELEA DE GALLOS, así transcurrió algún tiempo en calma por lo que él salió
tarde del lugar donde se desarrolla la PELEA DE GALLOS, a su salida fue
subido a un vehículo de motor por la fuerza por varios individuos para él
desconocidos, que por el susto y la sorpresa, no supo describir que tipo de
vehículo y prácticamente que debería hacer, los individuos le exigían bajo
amenaza que les dijera, donde se encontraba su ALEJANDRO RUBIO su EX
PATRÓN ó que domicilio tenía, contestándoles que él no lo sabía y que hacía
aproximadamente dos meses que ya no trabajaba con él, y que durante todo ese
tiempo no sabía el lugar donde se encontraba, además lo obligaron a llamar a su
familia y por no cooperar con ellos en lo que le pedían, exigieron el pago de $
250,000.00 ( DOSCIENTOS CINCUENTA MIL PESOS 00/100 MONEDA
NACIONAL ) para el pago de su rescate, o de lo contrario lo MATARÍAN, la
Señora ESPERANZA ALONSO MORALES, como pudo consiguió los $
250,000.00 ( DOSCIENTOS CINCUENTA MIL PESOS 00/100 MONADA
NACIONAL ) que le exigían, para no poner en riesgo la vida de su hijo, no dio

parte a los Autoridades correspondientes entregando en un lugar para ella desconocido, así como a la persona a quien le entregó el dinero exigido, no sin antes amenazarla también de que, si daría parte de lo anterior a las autoridades su hijo perdería la vida y que además si su hijo no cooperaba, desconociendo hasta ese momento de que se trataba, lo traerían en la mira.- - - - - - - - - - - - - - - -

TERCERO.- Que para acreditar los hechos anteriores, rinden testimonio las señoras LILIA MARGARITA VELOZ ALONSO y VIRGINIA ARACELI VELOZ ALONSO, quienes manifiestan bajo protesta de decir verdad, que saben y les consta, que los HECHOS que ha narrado la señora ESPERANZA ALONSO MORALES y que se dan por reproducidas para todos los efectos legales a que haya lugar, por haber sufrido la experiencia de saber que su hermano estaba secuestrado, que no podrían dar parte a las autoridades por que se podría poner en riesgo la vida de su hermano, que saben y les consta, que la cantidad que dice su madre se pagó, es verdad, ya que ellas en unión de otros familiares cooperaron hasta reunir dicha cantidad. Y todo esto lo declaran, porque ellas como lo han señalado cooperaron para reunir la cantidad que les fue exigida como pago para el rescate de su hermano y les consta de la operación que llevaron a cabo y lo declaran  para todos los efectos legales a que hubiere lugar, lo que se asienta para todos los efectos legales procedentes. - - - - - - - - - - - - - - - - - - - - - - - - - - - C E R T I F I C A C I O N: - - - - - - - - - - - - - - - -

YO EL NOTARIO DOY FE Y CERTIFICO.- - - - - - - - - - - - - - - - - - - - -
A).- De la certeza del presente acto.- - - - - - - - - - - - - - - - - - - - - - - - - - -
B).- De que el suscrito notario me cercioro de la identidad de los comparecientes, de conformidad con el artículo 76 fracción II, de la Ley del Notariado vigente para el Estado de Guanajuato, con las credenciales de elector, que en este acto me exhiben y doy fe de tener a la vista, copia de las mismas agrego al apéndice de ésta escritura, donde aparecen las fotos que coinciden con los rasgos faciales de las personas que están presentes y por sus generales dijeron ser: - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LA SEÑORA ESPERANZA ALONSO MORALES,  de nacionalidad mexicana por nacimiento, mayor de edad, hábil para contratar y obligarse, nacida el día 10  diez del mes de Enero del año 1949 mil novecientos cuarenta y nueve, vecina de ésta ciudad,  con domicilio en el número 103 ciento tres de la Calle Urraca de la Colonia Jardines de San Sebastián de ésta ciudad de León, Guanajuato, quien se identifica con credencial para votar del  Instituto Federal Electoral, Folio número 0000014669848, Clave de Elector número ALMRES49011001M800.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LA SEÑORA LILIA MARGARITA VELOZ ALONSO,  de nacionalidad mexicana por nacimiento, mayor de edad, hábil para contratar y obligarse, nacida el día 03  tres del mes de Mayo  del año 1980 mil novecientos ochenta, originaria  y vecina de ésta ciudad, con domicilio en el número 103 ciento tres de la Calle Urraca de la Colonia Jardines de San Sebastián en ésta ciudad de León, Guanajuato, quien se identifica con credencial para votar,  del Instituto Federal Electoral, Folio número 119158900, Clave de Elector VLALLL80050311M300.-

LA SEÑORA VIRGINIA  ARACELI VELOZ ALONSO, de nacionalidad mexicana por nacimiento, mayor de edad, hábil para contratar y obligarse, nacida el día 25  veinticinco del mes de Abril del año 1975 mil novecientos setenta y cinco, con domicilio en el número 103 ciento tres de la Calle Río Azul de la Colonia San Nicolás de ésta ciudad de León, Guanajuato, quien se identifica con credencial  para  votar  del  Instituto  Federal  Electoral,  Folio  número

parte a los Autoridades correspondientes entregando en un lugar para ella desconocido, así como a la persona a quien le entregó el dinero exigido, no sin antes amenazarla también de que, si daría parte de lo anterior a las autoridades su hijo perdería la vida y que además si su hijo no cooperaba, desconociendo hasta ese momento de que se trataba, lo traerían en la mira.- - - - - - - - - - - - - - - - - -
TERCERO.- Que para acreditar los hechos anteriores, rinden testimonio las señoras LILIA MARGARITA VELOZ ALONSO y VIRGINIA ARACELI VELOZ ALONSO, quienes manifiestan bajo protesta de decir verdad, que saben y les consta, que los HECHOS que ha narrado la señora ESPERANZA ALONSO MORALES y que se dan por reproducidas para todos los efectos legales a que haya lugar, por haber sufrido la experiencia de saber que su hermano estaba secuestrado, que no podrían dar parte a las autoridades por que se podría poner en riesgo la vida de su hermanos, que saben y les consta, que la cantidad que dice su madre se pagó, es verdad, ya que ellas en unión de otros familiares cooperaron hasta reunir dicha cantidad. Y todo esto lo declaran, porque ellas como lo han señalado cooperaron para reunir la cantidad que les fue exigida como pago para el rescate de su hermano y les consta de la operación que llevaron a cabo y lo declaran para todos los efectos legales a que hubiere lugar, lo que se asienta para todos los efectos legales procedentes. - - - - - - - - - -
- - - - - - - - - - - - - - - -C E R T I F I C A C I O N: - - - - - - - - - - - - - - - - - -
YO EL NOTARIO DOY FE Y CERTIFICO.- - - - - - - - - - - - - - - - - - - - -
A).- De la certeza del presente acto.- - - - - - - - - - - - - - - - - - - - - - - - - - -
B).- De que el suscrito notario me cercioro de la identidad de los comparecientes, de conformidad con el artículo 76 fracción II, de la Ley del Notariado vigente para el Estado de Guanajuato, con las credenciales de elector, que en este acto me exhiben y doy fe de tener a la vista, copia de las mismas agrego al apéndice de ésta escritura, donde aparecen las fotos que coinciden con los rasgos faciales de las personas que están presentes y por sus generales dijeron ser.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
LA SEÑORA ESPERANZA ALONSO MORALES, de nacionalidad mexicana por nacimiento, mayor de edad, hábil para contratar y obligarse, nacida el día 10 diez del mes de Enero del año 1949 mil novecientos cuarenta y nueve, vecina de ésta ciudad, con domicilio en el número 103 ciento tres de la Calle Urraca de la Colonia Jardines de San Sebastián de ésta ciudad de León, Guanajuato, quien se identifica con credencial para votar del Instituto Federal Electoral, Folio número 0000014669848, Clave de Elector número ALMRES49011001M800.- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
LA SEÑORA LILIA MARGARITA VELOZ ALONSO, de nacionalidad mexicana por nacimiento, mayor de edad, hábil para contratar y obligarse, nacida el día 03 tres del mes de Mayo del año 1980 mil novecientos ochenta, originaria y vecina de ésta ciudad, con domicilio en el número 103 ciento tres de la Calle Urraca de la Colonia Jardines de San Sebastián en ésta ciudad de León, Guanajuato, quien se identifica con credencial para votar, del Instituto Federal Electoral, Folio número 119158902, Clave de Elector VLALLL80050311M300.--
LA SEÑORA VIRGINIA ARACELI VELOZ ALONSO, de nacionalidad mexicana por nacimiento, mayor de edad, hábil para contratar y obligarse, nacida el día 25 veinticinco del mes de Abril del año 1975 mil novecientos setenta y cinco, con domicilio en el número 103 ciento tres de la Calle Río Azul de la Colonia San Nicolás de ésta ciudad de León, Guanajuato, quien se identifica con credencial para votar del Instituto Federal Electoral, Folio número

Case: 1:18-cr-00464-JG Doc #: 8-1 Filed: 10/01/18 67 of 71. PageID #: 92



*Notaria Pública Numero 31*

*Lic. Luís González Espinosa*

Portal Bravo # 2, Condominio Plaza, Despachos 519 y 520, Quinto Piso, de la Zona Peatonal
León, Guanajuato, México. Teléfonos: 01 477 7166366 y 7167934

0000085860820, Clave de Elector VLALVR75042511M600.- - - - - - - - - - - - - -
Y declarando bajo protesta de decir verdad, que se encuentran exentas en el
pago del Impuesto Sobre la Renta, lo que no me acreditan en éste acto, por lo
que les hice saber las sanciones a que se hacen acreedoras las personas que
declaran falsamente.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
C ).- Que las transcripciones aquí hechas son el dicho de las comparecientes y
las cuales me remito.- - - - - - - - - - - - - - - - - - - - - - - - - - - -
D ).- De que las comparecientes leyeron por sí mismos el texto de éste
documento y manifestaron estar enteradas de su contenido, valor y fuerza legal,
e imprimiendo su huella dactilar de su pulgar derecho y firmando en unión y
presencia del Suscrito Notario.- DOY FE.- - - - - - - - - - - - - - - - - - -
En este acto se utilizaron los folios números 02838 al 02839 Cero dos mil
ochocientos treinta y ocho al Cero dos mil ochocientos treinta y nueve.- DOY
FE.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
SRA. ESPERANZA ALONSO MORALES.- Esperanza Alonso.-
Firmado.- SRA. LILIA MARGARITA VELOZ ALONSO .- Lilia Veloz.-
Firmado.- SRA. VIRGINIA VELOZ ALONSO.- Una firma ilegible.- LIC.
LUÍS GONZÁLEZ ESPINOSA.- NOTARIO PÚBLICO NÚMERO 31.
GOEL – 330523F62.- FIRMA DEL NOTARIO Y SU SELLO DE
AUTORIZAR.- DOY FE.- - - - - - - - - - - - - - - - - - - - - - - - - -
- - - - - - - - - - - - - - - A U T O R I Z A C I O N.- - - - - - - - - - -
EN SEGUIDA SE AUTORIZA LO ANTERIOR, EN VIRTUD DE NO
CAUSAR NINGÚN IMPUESTO.- FIRMA DEL NOTARIO Y SU SELLO
DE AUTORIZAR.- DOY FE.- - - - - - - - - - - - - - - - - - - - - - - -
ES PRIMER TESTIMONIO, QUE SACO DE SU MATRIZ Y ORIGINALES
RESPECTIVAS, PRIMERO EN EL ORDEN DE SU EXPEDICIÓN,
CORREGIDO Y COTEJADO CONFORME A LA LEY, SE EXPIDE EN
DOS FOJAS ÚTILES PARA USO DE PARTE INTERESADA EN LA
CIUDAD DE LEÓN, ESTADO DE GUANAJUATO, REPUBLICA
MEXICANA, SIENDO EL DIA 1°. PRIMERO DEL MES DE JUNIO DEL
AÑO 2009 DOS MIL NUEVE.- DOY FE.- - - - - - - - - - - - - - - - -

LIC. LUÍS GONZÁLEZ ESPINOSA
NOTARIO PÚBLICO NÚMERO 31
GOEL – 330523F62.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

## CERTIFICATION OF Reinstatement of Removal :

1. I am a <u>Supervisory Detention and Deportation Officer</u> with U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security. I have served in this position since <u>January 20, 2008</u>. My office is located in <u>Cleveland, OH</u> and my responsibilities include the maintenance and creation of the official Record of Proceedings. I am the deciding officer in the matter of <u>VELOZ-Alonso, Cesar AKA: MENDOZA-Nunez, Juan</u>, file number A<u>74 738 533</u>.

2. Annexed to this Certification is the official Record of Proceedings.

I hereby certify to the best of my knowledge and belief that the annexed documents are originals, or copies thereof, of the official Record of Proceedings. These documents relate to:

Subject: VELOZ-Alonso, Cesar AKA: MENDOZA-Nunez, Juan
File Number: A74 738 533

Dated: 6/14/2018

Name Michael S. O'Leary
Title SDDO

U.S. Department of Homeland Security

**Notice of Intent/Decision to Reinstate Prior Order**

File No. 074 738 533
Event No: CLE1806000048
Date: June 14, 2018

FIN #: 3086299

Name: CESAR VELOZ-ALONSO AKA: MENDOZA-Nunez, Juan

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of _____Removal_____ entered against you. This intent
<div align="center">(Deportation / exclusion / removal)</div>
is based on the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on ____August 29, 1997____ at
<div align="right">(Date)</div>
Cleveland, OH
(Location)

2. You have been identified as an alien who:

   ☒ was removed on ____December 11, 2009____ pursuant to an order of deportation / exclusion / removal.
   <div>(Date)</div>

   ☐ departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
   <div>(Date)</div>
   after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about ____Unknown Date____ at or near unknown place
<div>(Date)</div> <div align="right">(Location)</div>

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* __English__ *language.*

G 6994 ROBERTS
(Printed or typed name of official)

(Signature of officer)

IEA
(Title of officer)

---

### Acknowledgment and Response

I ☐ do  ☐ do not  wish to make a statement contesting this determination.  *Refused GTR*

6/15/2018
(Date)

(Signature of Alien)

---

### Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

6/14/2018
(Date)

Cleveland, Ohio
(Location)

(Signature of authorized deciding official)

MICHAEL O'LEARY
(Printed or typed name of official)

SDDO
(Title)

Form I-871 (Rev. 08/01/07)

**U.S. DEPARTMENT OF HOMELAND SECURITY**     **Warrant for Arrest of Alien**

File No. ___074 738 533___

Date: ___06/13/2018___

To:     **Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations**

I have determined that there is probable cause to believe that ___VELOZ-ALONSO, CESAR___ is removable from the United States. This determination is based upon:

☐ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☐ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☑ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

_____
(Signature of Authorized Immigration Officer)

___MICHAEL O'LEARY - SDDO___
(Printed Name and Title of Authorized Immigration Officer)

---

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at ___Geauga Co Jail___
(Location)

on ___VELOZ-ALONSO, CESAR___ on ___6-15-2018___, and the contents of this
(Name of Alien)       (Date of Service)

notice were read to him or her in the ___ENGLISH___ language.
(Language)

G 6994 ROBERTS
IEA
_____        _____
Name and Signature of Officer        Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)

U.S. Department of Homeland Security

Continuation Page for Form ___I-200___

| Alien's Name | File Number | Date |
|---|---|---|
| **VELOZ-ALONSO, CESAR** | 074 738 533 <br> Event No: CLE1806000048 | 06/14/2018 |

OTHER ALIASES KNOWN BY
----------------------
MENDOZA-Nunez, Juan

| Signature | Title |
|---|---|
| MICHAEL O'LEARY | SDDO |

Form I-831 Continuation Page (Rev. 08/01/07)