IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:18CR464 |
| | ) | |
| Plaintiff-Respondent, | ) | JUDGE JAMES S. GWIN |
| v. | ) | |
| | ) | |
| CESAR VELOZ-ALONSO, | ) | |
| | ) | |
| Defendant-Petitioner. | ) | |

## NOTICE OF APPEAL

Under 18 U.S.C. § 3731, the United States of America appeals to the United States Court of Appeals for the Sixth Circuit from the oral order entered on October 10, 2018, by U.S. District Judge James S. Gwin, granting release pending sentencing (bail) to the defendant, Cesar Veloz-Alonso. The United States has obtained authorization from the Office of the Solicitor General.

    Respectfully submitted,

    JUSTIN E. HERDMAN
    United States Attorney

By:    /s/ *Danielle K. Angeli*
       Assistant United States Attorney
       United States Court House
       801 West Superior Avenue, Suite 400
       Cleveland, Ohio 44113
       (216) 622-3875
       (216) 522-8355 (facsimile)
       Danielle.Angeli@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 11th day of October 2018, a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Danielle K. Angeli
Danielle K. Angeli
Assistant U.S. Attorney